# BAKER BOTTS LLP

USDC SDNY
DOCUMENT

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX  +1 212.408.2501
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
WASHINGTON

August 10, 2011

10 AUG 2011

VIA FACSIMILE
212-805-0426

Melissa J. Armstrong
TEL  +1 212-408-2568
FAX  +1 212-259-2568
melissa.armstrong@bakerbotts.com

Hon. Laura Taylor Swain
United States District Court for the
    Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, NY  10007

**MEMO ENDORSED**

Re:   *Williamson v. Verizon Communications Inc. et al.,* Case No. 1:11-cv-04948-LTS

Dear Judge Swain:

      We write on behalf of AT&T, Inc., AT&T Operations, Inc., and AT&T Services, Inc., (collectively, the "AT&T Defendants") in the above-referenced action and with the consent of Plaintiff's counsel.

      The AT&T Defendants' responses to Plaintiff's Complaint for Patent Infringement currently are due to be filed and served on August 11, 2011. We requested and Plaintiff's counsel agreed to extend until September 23, 2011, the time for the AT&T Defendants to file an Answer or otherwise respond to Plaintiff's Complaint. This is the AT&T Defendants' first request for an extension.

      We respectfully request the Court grant the requested extension to which Plaintiff's counsel has agreed. We thank the Court for its consideration of this matter.

Respectfully submitted,

*Melissa Armstrong*
Melissa J. Armstrong

cc:   All Counsel of Record (via email)

The request is granted.

SO ORDERED.

NEW YORK, NY
Aug 10, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NY02:720228.1