UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 11-CV-4948-LTS |

## **VERIZON'S RULE 7.1 DISCLOSURE STATEMENT**

Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc., through their undersigned counsel, make the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Verizon Services Corp. is a wholly owned direct subsidiary of Verizon Communications Inc. Defendants Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc. are wholly owned indirect subsidiaries of Defendant Verizon Communications Inc. Defendant Verizon Communications Inc. is a publicly traded

corporation that has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

                                        Respectfully Submitted,

DATED: September 9, 2011

         /s/  David B. Bassett
David B. Bassett (DB8727)
david.bassett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800 (tel.)
(212) 230-8888 (fax)

William F. Lee (*pro hac vice* application to be submitted)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6556 (tel.)
(617) 526-5000 (fax)

Christine E. Duh (*pro hac vice* application to be submitted)
christine.duh@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000 (tel.)
(650) 858-6100 (fax)

Leonard Charles Suchyta (*pro hac vice* application to be submitted)
leonard.suchyta@verizon.com
Caren K. Khoo (CK2972)
caren.khoo@verizon.com
VERIZON CORPORATE RESOURCES
  GROUP LLC
One Verizon Way
Basking Ridge, New Jersey 07920

(908) 559-5623 (tel.)
(908) 766-6974 (fax)

Attorneys for Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc.