UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RICHARD A. WILLIAMSON,

               Plaintiff(s),

   -v-                                       No. 11 Civ. 4948 (LTS)

VERIZON SERVICES CORP.,

               Defendant(s).
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 3 SEP 2011

## ORDER

       The Initial Pretrial Conference scheduled for October 21, 2011, is rescheduled to **November 3, 2011, at 2:45 p.m.** in Courtroom 11C.

Dated: New York, New York
       September 12, 2011

                                        _____
                                     LAURA TAYLOR SWAIN
                                   United States District Judge