UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST <br><br> ------------------------------------------------- <br><br> VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC. | ECF CASE <br><br> Civil Action No. 1:11-cv-04948 (LTS) <br><br><br> **MOTION TO ADMIT KEVIN EUGENE CADWELL** <br> ***PRO HAC VICE*** |

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York, Robert Lawrence Maier, a member in good standing of the Bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

> Applicant's Name: Kevin Eugene Cadwell
> Firm Name: Baker Botts L.L.P.
> Address: 620 Hansen Way
> City/State/Zip: Palo Alto, CA 94304
> Phone Number: (650) 739-7504
> Fax Number: (650) 739-7604
> E-mail: kevin.cadwell@bakerbotts.com

Kevin Eugene Cadwell is a member in good standing of the Bar in California and Texas.

There is no pending disciplinary proceeding against Kevin Eugene Cadwell in any State or Federal Court.

Dated: New York, New York
September 16, 2011

Respectfully submitted,

BAKER BOTTS L.L.P.

By: _____
Robert Lawrence Maier
30 Rockefeller Plaza
New York, New York 10112
Tele: (212) 408-2538
Fax: (212) 259-2538
robert.maier@bakerbotts.com

*Attorneys for Defendant AT&T Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September 2011, a copy of the foregoing MOTION TO ADMIT KEVIN EUGENE CADWELL *PRO HAC VICE*, DECLARATION OF ROBERT LAWRENCE MAIER IN SUPPORT OF MOTION TO ADMIT KEVIN EUGENE CADWELL *PRO HAC VICE* and PROPOSED ORDER were filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

_____
Robert Lawrence Maier

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST <br><br> -------------------------------------------------------- <br><br> VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC. | ECF CASE <br><br> Civil Action No. 1:11-cv-04948 (LTS) <br><br><br> **DECLARATION OF ROBERT LAWRENCE MAIER IN SUPPORT OF MOTION TO ADMIT KEVIN EUGENE CADWELL _PRO HAC VICE_** |

Robert Lawrence Maier, being sworn, hereby deposes and declares as follows:

1. I am a partner at the law firm of Baker Botts L.L.P., attorneys for Defendant AT&T Corporation. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Motion to admit Kevin Eugene Cadwell as counsel *pro hac vice* to represent AT&T Corporation in connection with the above-captioned case.

2. I am a member in good standing of the bar of the State of New York and the Southern District of New York, and was admitted to practice law in these courts in 2003.

3. I have known Mr. Cadwell since 2003.

4. Mr. Cadwell is a partner at Baker Botts L.L.P. in Palo Alto, California.

5. I have found Mr. Cadwell to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move for the admission of Kevin Eugene Cadwell, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Kevin Eugene Cadwell, *pro hac vice*.

WHEREFORE it is respectfully requested that the Motion to Admit Kevin Eugene Cadwell, *Pro Hac Vice* to represent AT&T Corporation in connection with the above-captioned case be granted.

Dated: New York, New York
       September 16, 2011

Respectfully submitted,

BAKER BOTTS L.L.P.

By: _____
Robert Lawrence Maier
30 Rockefeller Plaza
New York, New York 10112
Tele: (212) 408-2538
Fax:  (212) 259-2538
robert.maier@bakerbotts.com

*Attorneys for Defendant AT&T Corp.*

| | | |
|---|---|---|
| ![seal] | **THE STATE BAR OF CALIFORNIA** | **MEMBER SERVICES CENTER** |
| | 180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617 | TELEPHONE: 888-800-3400 |

# CERTIFICATE OF STANDING

September 9, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KEVIN EUGENE CADWELL, #255794 was admitted to the practice of law in this state by the Supreme Court of California on May 23, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

September 08, 2011

RE: **Mr. Kevin Eugene Cadwell**
State Bar Number - **24036304**

To Whom it May Concern:

This is to certify that Mr. Kevin Eugene Cadwell was licensed to practice law in Texas on November 06, 2002 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST<br><br>-----------------------------------------------------------<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC. | ECF CASE<br><br>Civil Action No. 1:11-cv-04948 (LTS)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Robert Lawrence Maier for Defendant AT&T Corporation and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kevin Eugene Cadwell |
| Firm Name: | Baker Botts L.L.P. |
| Address: | 620 Hansen Way |
| City/State/Zip: | Palo Alto, CA 94304 |
| Phone Number: | (650) 739-7504 |
| Fax Number: | (650) 739-7604 |
| E-mail: | kevin.cadwell@bakerbotts.com |

is admitted to practice *pro hac vice* as counsel for Defendant AT&T Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case

Filing (ECF) system password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____  _____

The Honorable Laura Taylor Swain

United States District Judge