UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST<br><br>-----------------------------------------------------------<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC. | ECF CASE<br><br>Civil Action No. 1:11-cv-04948 (LTS)<br><br>**NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that I, Robert L. Maier, a member of the firm of Baker Botts L.L.P, being admitted to practice in this Court, hereby enter an appearance as counsel in the above-captioned action on behalf of Defendants AT&T Inc., AT&T Operations, Inc. and AT&T Services, Inc. and request that I be served with all future filings.

Dated: New York, New York
       September 19, 2011                    Respectfully submitted,

                                               BAKER BOTTS L.L.P.

                                               By: /s/ Robert L. Maier
                                                   Robert L. Maier
                                                   30 Rockefeller Plaza
                                                   New York, New York 10112
                                                   Tele:   (212) 408-2538
                                                   Fax:   (212) 259-2538
                                                   robert.maier@bakerbotts.com

                                                 *Attorneys for Defendants*
                                                 *AT&T Inc., AT&T Operations, Inc. and*
                                                 *AT&T Services, Inc.*

NY02:723336.1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of September 2011, a copy of the foregoing NOTICE OF APPEARANCE was filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Robert L. Maier
      Robert L. Maier

NY02:723336.1