UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD A. WILLIAMSON

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

\_\_\_\_ 11 Civ. 4948 ( LTS ) ( \_\_ )

- against -

VERIZON Communications Inc. et al.

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Eric Bitzegaio
        *(name)*
, declare under penalty of perjury that I have served a copy of the attached Initial Conference Order
        *(document you are serving)*
upon David Bassett
        *(name of person served)*
whose address is WilmerHale

399 Park Avenue, New York, N.Y. 10022
        *(where you served document)*

by Email
        *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  New York         ,  NY
        *(town/city)*       *(state)*

September    19  , 20 11
 *(month)*   *(day)* *(year)*

Signature

1285 Avenue of the Americas
*Address*

New York, N.Y.
*City, State*

10019
*Zip Code*

(212) 554-1450
*Telephone Number*

*Rev. 05/2010*