UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD A. WILLIAMSON
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

VERIZON Communications Inc. et al.
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

11 Civ. 4948 (LTS) ( )

**AFFIRMATION OF SERVICE**

I, Eric Bitzegaio
*(name)*, declare under penalty of perjury that I have served a copy of the attached Initial Conference Order
*(document you are serving)*

upon Kevin Cadwell
*(name of person served)* whose address is Baker Botts LLP

620 Hansen Way, Palo Alto, Cal. 94304-1014
*(where you served document)*

by Email
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: New York , NY
*(town/city)* *(state)*

September 19 , 20 11
*(month)* *(day) (year)*

Signature

1285 Avenue of the Americas
*Address*

New York, N.Y.
*City, State*

10019
*Zip Code*

(212) 554-1450
*Telephone Number*

*Rev. 05/2010*