UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2 0 SEP  2011
```

RICHARD A. WILLIAMSON, ON BEHALF
OF AND AS TRUSTEE FOR AT HOME
BONDHOLDERS' LIQUIDATING TRUST

ECF CASE

Civil Action No. 1:11-cv-04948 (LTS)

-------------------------------------------------------

VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP., VERIZON
CORPORATE RESOURCES GROUP LLC,
VERIZON NEW YORK INC., AT&T INC.,
AT&T OPERATIONS, INC., AT&T
SERVICES, INC.

**ORDER FOR
ADMISSION *PRO HAC VICE*
ON WRITTEN MOTION**

Upon the motion of Robert Lawrence Maier for Defendant AT&T Corporation

and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | Bryant C. Boren, Jr. |
| Firm Name: | Baker Botts L.L.P. |
| Address: | 620 Hansen Way |
| City/State/Zip: | Palo Alto, CA 94304 |
| Phone Number: | (650) 739-7501 |
| Fax Number: | (650) 739-7601 |
| E-mail: | bryant.c.boren@bakerbotts.com |

is admitted to practice *pro hac vice* as counsel for Defendant AT&T Corporation in the above-

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  Counsel shall immediately apply for an Electronic Case

Filing (ECF) system password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee

to the Clerk of the Court.

Dated:   9/20/2011

The Honorable Laura Taylor Swain

United States District Judge