

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST

------------------------------------------------------------

VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.

ECF CASE

Civil Action No. 1:11-cv-04948 (LTS)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Robert Lawrence Maier for Defendant AT&T Corporation and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kevin Eugene Cadwell |
| Firm Name: | Baker Botts L.L.P. |
| Address: | 620 Hansen Way |
| City/State/Zip: | Palo Alto, CA 94304 |
| Phone Number: | (650) 739-7504 |
| Fax Number: | (650) 739-7604 |
| E-mail: | kevin.cadwell@bakerbotts.com |

is admitted to practice *pro hac vice* as counsel for Defendant AT&T Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case

Filing (ECF) system password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 9/20/2011

/s/ Laura Taylor Swain

The Honorable Laura Taylor Swain

United States District Judge