USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 20 SEP 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST<br><br>-----<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC. | ECF CASE<br><br>Civil Action No. 1:11-cv-04948 (LTS)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Robert Lawrence Maier for Defendant AT&T Corporation and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kurt Max Pankratz |
| Firm Name: | Baker Botts L.L.P. |
| Address: | 2001 Ross Avenue |
| City/State/Zip: | Dallas, TX 75201 |
| Phone Number: | (214) 953-6584 |
| Fax Number: | (214) 661-4584 |
| E-mail: | kurt.pankratz@bakerbotts.com |

is admitted to practice *pro hac vice* as counsel for Defendant AT&T Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case

Filing (ECF) system password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 9/20/11

_____
The Honorable Laura Taylor Swain
United States District Judge