# BAKER BOTTS LLP

September 20, 2011

**VIA FACSIMILE**

(212) 805-0426

Hon. Laura Taylor Swain
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
WASHINGTON

Robert L. Maier
TEL +1 212-408-2538
FAX +1 212-259-2538
robert.maier@bakerbotts.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 21 SEP 2011

**MEMO ENDORSED**

Re: *Williamson v. Verizon Communications Inc. et al., Case No. 1:11-cv-04948-LTS*

Dear Judge Swain:

We write on behalf of AT&T, Inc., AT&T Operations, Inc., and AT&T Services, Inc., (collectively, the "AT&T Defendants") in the above-referenced action and with the consent of Plaintiff's counsel.

The AT&T Defendants' responses to Plaintiff's Complaint for Patent Infringement currently are due to be filed and served on September 23, 2011. We requested and Plaintiff's counsel agreed to extend until October 7, 2011, the time for the AT&T Defendants to file an Answer or otherwise respond to Plaintiff's Complaint. This is the AT&T Defendants' second request for an extension.

We respectfully request the Court grant the requested extension to which Plaintiff's counsel has agreed. We thank the Court for its consideration of this matter.

Respectfully submitted,

Robert L. Maier

The requested extension is granted.

cc: All Counsel of Record (via email)

SO ORDERED.

NEW YORK, NY
Sept 21, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

PAL01:114339.1