OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD A. WILLIAMSON, ON
BEHALF OF AND AS TRUSTEE FOR
AT HOME BONDHOLDERS'
LIQUIDATING TRUST,

         Plaintiff,

v.

VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP.,
VERIZON CORPORATE RESOURCES
GROUP LLC,
VERIZON DATA SERVICES LLC,
VERIZON NEW YORK INC.,
AT&T INC.,
AT&T OPERATIONS, INC.,
AT&T SERVICES, INC.,

         Defendants.

Civil. Action No. 11-CV-4948

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

[RECEIVED SEP 22 2011 U.S.D.C. S.D.N.Y. CASHIERS]

    PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William F. Lee, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc. (collectively, "Verizon") in the above-captioned action.

    I am in good standing of the bar(s) of the state(s) of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

DATED: September 22, 2011

Respectfully Submitted,

_/s/ William F. Lee_

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP

60 State Street<br>
Boston, MA 02109<br>
(617) 526-6556 (telephone)<br>
(617) 526-5000 (facsimile)<br>
William.Lee@wilmerhale.com

ACTIVEUS 90566988v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | Civil. Action No. 11-CV-4948-LTS<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

The motion of William F. Lee, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Massachusetts; and that his contact information is as follows:

  Applicant Name: William F. Lee
  Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
  Address: 60 State Street
  City/State: Boston, MA 02109
  Phone No.: (617) 526-6556
  Fax No.: (617) 526-5000
  Email: William.Lee@wilmerhale.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc. (collectively, "Verizon") in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

DATED: _____

                                                                   The Honorable Laura Taylor Swain
                                                                   United States District Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirteenth** day of **January** A.D. **1977**, said Court being the highest Court of Record in said Commonwealth:

**William F. Lee**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirteenth** day of **September** in the year of our Lord **two thousand and eleven.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

| | | WILMER CUTLER PICKERING HALE AND DORR LLP | | |
|---|---|---|---|---|
| 09/21/2011 | | Clerk of the Court, Southern District of NY | | |
| VENDOR #: | 12892 | | | CHECK NO.: 522959 |
| DATE | INVOICE NUMBER | DESCRIPTION | | AMOUNT |
| 09-21-2011 | 22099-092111 | Order for Admission PRO HAC VICE on Written Motion (Duh) | | 200.00 |
| | | | TOTAL: | $200.00 |

**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006

522959

Citibank, N.A.
One Penn's Way
New Castle, DE 19720
62-20/311

09/21/2011

CHECK AMOUNT  $200.00

Not valid after 180 days

Countersignature required for amounts over $10,000

PAY  TWO HUNDRED AND 00/100 USD

TO THE ORDER OF
Clerk of the Court, Southern District of NY
US Courthouse
500 Pearl Street
New York, NY 10007

⑈522959⑈ ⑆031100209⑆ 3859258 2⑈

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | Civil. Action No. 11-CV-4948-LTS<br><br>**CERTIFICATE OF SERVICE** |

    I, Christopher W. Carrion, hereby certify that on September 22, 2011, I served, via overnight mail, a true and correct copy of a **Motion to Admit Counsel Pro Hac Vice**, on:

**Joshua Lee Raskin**
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
38th Floor
New York, NY 10019

Dated: September 22, 2011

Christopher W. Carrion