**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

2 6 SEP 2011

RICHARD A. WILLIAMSON, ON
BEHALF OF AND AS TRUSTEE FOR
AT HOME BONDHOLDERS'
LIQUIDATING TRUST,

                    Plaintiff,

          v.

VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP.,
VERIZON CORPORATE RESOURCES
GROUP LLC,
VERIZON DATA SERVICES LLC,
VERIZON NEW YORK INC.,
AT&T INC.,
AT&T OPERATIONS, INC.,
AT&T SERVICES, INC.,

                    Defendants.

Civil. Action No. 11-CV-4948-LTS

**ORDER FOR ADMISSION *PRO HAC***
***VICE* ON WRITTEN MOTION**

The motion of Christine Duh, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar(s) of the state(s) of California; and that her contact information is as follows:

| | |
|---|---|
| Applicant Name: | Christine Duh |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 950 Page Mill Road |
| City/State: | Palo Alto, California 94304 |
| Phone No.: | (650) 858-6051 |
| Fax No.: | (650) 858-6100 |
| Email: | christine.duh@wilmerhale.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc. (collectively, "Verizon") in the above entitled action;

ACTIVEUS 90567065v1

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

DATED:   9/26/2011

_____
The Honorable Laura Taylor Swain
United States District Judge

2