ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>          Plaintiff<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T OPERATIONS INC., AT&T SERVICES INC.,<br><br>          Defendants. | Civil Action No. 11-CV-4948-LTS<br><br>ECF CASE |

MOTION FOR ADMISSION *PRO HAC VICE*

-1-

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Scott D. Marrs, hereby move this Court for an Order for admission to practice *Pro Hac Vice* as Co-Lead Counsel for Court-Appointed Lead Plaintiffs Richard A. Williamson, On Behalf of And As Trustee For At Home Bondholders' Liquidating Trust, in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 21, 2011   Respectfully Submitted,

Scott D. Marrs

Applicant's Name: Scott D. Marrs

Firm Name: Beirne, Maynard & Parsons, LLP

Address: 1300 Post Oak Blvd., Suite 2500

City/ State/ Zip: Houston, Texas 77056-3000

Phone: (713) 960-7308

Fax: (713) 960-1527

Email: smarrs@bmpllp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T OPERATIONS INC., AT&T SERVICES INC.,<br><br>Defendants. | Civil Action No. 11-CV-4948-LTS<br><br>ECF CASE |

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Scott D. Marrs, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is a follows:

Applicant's Name: Scott D. Marrs

Firm Name: Berine, Maynard & Parsons, LLP

Address: 1300 Post Oak Blvd., Suite 2500

City/ State/ Zip: Houston, Texas 77056-3000

Phone: (713) 960-7308

Fax: (713) 960-1527

Email: smarrs@bmpllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as Co-Lead Counsel for Court-Appointed Lead Plaintiffs Richard A. Williamson, On Behalf of And Trustee For At Home Bondholders' Liquidating Trust, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject ot the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____, 2011

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

September 19, 2011

RE: **Mr. Scott D. Marrs**
State Bar Number - **13013400**

To Whom it May Concern:

This is to certify that Mr. Scott D. Marrs was licensed to practice law in Texas on May 04, 1990 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/fg



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>            Plaintiff<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T OPERATIONS INC., AT&T SERVICES INC.,<br><br>            Defendants. | Civil Action No. <u>11-CV-4948-LTS</u><br><br>ECF CASE |

## CERTIFICATE OF SERVICE

I, Martin Braxton, hereby certify that on September 21, 2011, I caused a true and correct copy of Scott R. Marrs's Motion for Admission *Pro Hac Vice,* Certificate of Good Standing, and [Proposed] Order for Admission *Pro Hac Vice* to be served upon all parties listed on the attached service list via U.S. Mail

Dated: September 21, 2011
      New York, New York

*/s/ Martin Braxton*
Martin Braxton

## SERVICE LIST

*RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST*

Civil Action No. 11-CV-4948-LTS

### PLAINTIFFS' COUNSEL

Chad Johnson
Joshua L. Raskin
Paul Hyun
Eric Bitzegaio
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400 phone
(212) 554-1444 fax
Chad@blbglaw.com
Joshua@blbglaw.com
Paul@blbglaw.com
Eric@blbglaw.com

### DEFENDANTS COUNSEL

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800 phone
(212) 230-8888 fax
David.Bassett@wilmerhale.com

Christine E. Duh
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000 phone
(650) 858-6100 fax
Christine.Duh@wilmerhale.com

Kevin Cadwell
Baker Botts LLP
620 Hansen Way
Palo Alto, CA 94304
(650) 739-7504 phone
(650) 739-7604 fax
Kevin.cadwell@bakerbotts.com

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6556 phone
(617) 526-5000 fax
William.Lee@wilmerhale.com