# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST, <br><br> Plaintiff <br><br> vs. <br><br> VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T OPERATIONS INC., AT&T SERVICES INC., <br><br> Defendants. | Civil Action No. <u>11-CV-4948-LTS</u> <br><br> <u>ECF CASE</u> |

MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I William C. Norvell, Jr., hereby move this Court for an Order for admission to practice *Pro Hac Vice* as Co-Lead Counsel for Court-Appointed Lead Plaintiffs Richard A. Williamson, On Behalf of And As Trustee For At Home Bondholders' Liquidating Trust, in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 2⊥ , 2011      Respectfully Submitted,


William C. Norvell, Jr.

Applicant's Name:  William C. Norvell

Firm Name:  Beirne, Maynard & Parsons, LLP

Address:  1300 Post Oak Blvd., Suite 2500

City/ State/ Zip:  Houston, Texas  77056

Phone  (713) 960-7362

Fax:  (713) 960-1527

Email:  wnorvell@bmpllp.com

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK


RICHARD A. WILLIAMSON, ON
BEHALF OF AND AS TRUSTEE FOR
AT HOME BONDHOLDERS'
LIQUIDATING TRUST,

              Plaintiff

    vs.

VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP.,
VERIZON CORPORATE
RESOURCES GROUP LLC,
VERIZON DATA SERVICES LLC,
VERIZON NEW YORK INC.,
AT&T OPERATIONS INC.,
AT&T SERVICES INC.,

            Defendants.

Civil Action No. 11-CV-4948-LTS

ECF CASE


[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

-1-

The motion of William C. Norvell, Jr. for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is member in good standing of the bar of the State of Texas; and that his contact information is as follows:

Applicant's Name:  William C. Norvell, Jr.

Firm Name:  Beirne, Maynard & Parsons, LLP

Address:  1300 Post Oak Blve., Suite 2500

Phone:  (713) 960-7362

Fax:  (713) 960-1527

Email:  wnorvell@bmpllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as Co-Lead Counsel for Court-Appointed Lead Plaintiffs Richard A. Williamson, On Behalf of And Trustee For At Home Bondholders' Liquidating Trust, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject ot the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____, 2011

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

-2-

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

September 19, 2011


RE:     **Mr. William C. Norvell, Jr.**
        State Bar Number - **15113000**

To Whom it May Concern:

This is to certify that Mr. William C. Norvell, Jr. was licensed to practice law in Texas on May 26, 1969 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/fg



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RICHARD A. WILLIAMSON, ON BEHALF
OF AND AS TRUSTEE FOR AT HOME
BONDHOLDERS' LIQUIDATING TRUST,

                Plaintiff

    vs.

VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP.,
VERIZON CORPORATE RESOURCES
GROUP LLC, VERIZON DATA SERVICES
LLC, VERIZON NEW YORK INC.,
AT&T OPERATIONS INC.,
AT&T SERVICES INC.,

                Defendants.

Civil Action No. 11-CV-4948-LTS

ECF CASE

---

## CERTIFICATE OF SERVICE

I, Martin Braxton, hereby certify that on September 21, 2011, I caused a true and correct

copy of William C. Norvell, Jr.'s Motion for Admission *Pro Hac Vice,* Certificate of Good

Standing, and [Proposed] Order for Admission *Pro Hac Vice* to be served upon all parties listed

on the attached service list via U.S. Mail

Dated: September 21, 2011
      New York, New York

                                          Martin Braxton

*RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR*
*AT HOME BONDHOLDERS' LIQUIDATING TRUST*

Civil Action No. 11-CV-4948-LTS

PLAINTIFFS' COUNSEL

Chad Johnson
Joshua L. Raskin
Paul Hyun
Eric Bitzegaio
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400 phone
(212) 554-1444 fax
Chad@blbglaw.com
Joshua@blbglaw.com
Paul@blbglaw.com
Eric@blbglaw.com

DEFENDANTS COUNSEL

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800 phone
(212) 230-8888 fax
David.Bassett@wilmerhale.com

Christine E. Duh
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000 phone
(650) 858-6100 fax
Christine.Duh@wilmerhale.com

Kevin Cadwell
Baker Botts LLP
620 Hansen Way
Palo Alto, CA  94304
(650) 739-7504 phone
(650) 739-7604 fax
Kevin.cadwell@bakerbotts.com

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6556 phone
(617) 526-5000 fax
William.Lee@wilmerhale.com