

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 9 SEP 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>      Plaintiff<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T OPERATIONS INC., AT&T SERVICES INC.,<br><br>      Defendants. | Civil Action No. <u>11-CV-4948-LTS</u><br><br><u>ECF CASE</u> |

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Scott D. Marrs, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is a follows:

Applicant's Name:  Scott D. Marrs

Firm Name:  Berine, Maynard & Parsons, LLP

Address:  1300 Post Oak Blvd., Suite 2500

City/ State/ Zip:  Houston, Texas  77056-3000

Phone:  (713) 960-7308

Fax:  (713) 960-1527

Email:  smarrs@bmpllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as Co-Lead Counsel for Court-Appointed Lead Plaintiffs Richard A. Williamson, On Behalf of And Trustee For At Home Bondholders' Liquidating Trust, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject ot the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated:  Sept 28 , 2011

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

-2-