**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,** | |
| **Plaintiff,** | Civil Action No. 11-Civ-4948 (LTS) (KNF) |
| **vs.** | |
| **VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,** | |
| **Defendants.** | |

### PLAINTIFF'S REPLY TO THE VERIZON DEFENDANTS' COUNTERCLAIMS

Plaintiff Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust ("Plaintiff" or "At Home"), hereby replies to the Counterclaims of Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC and Verizon New York Inc. (collectively, "Verizon"). The numbered paragraphs in the following Answer to Counterclaims correspond to the paragraph numbers of Verizon's Counterclaims.

## OBJECTIONS TO VERIZON'S COUNTERCLAIMS (AND AFFIRMATIVE DEFENSES)

At Home objects to Verizon's Second, Fourth, Sixth, and Eighth Counterclaims (and Verizon's Fifth Affirmative Defense) in that each is insufficient as a matter of law and fails to comply with the pleading requirements of FRCP 8(a).

## VERIZON'S COUNTERCLAIMS

## PARTIES

1.     At Home admits the allegations of this paragraph.

2.     At Home admits the allegations of this paragraph.

3.     At Home admits the allegations of this paragraph.

4.     At Home admits the allegations of this paragraph.

5.     At Home admits the allegations of this paragraph.

6.     At Home admits the allegations of this paragraph.

## JURISDICTION AND VENUE

7.     At Home admits the allegations of this paragraph.

8.     At Home does not contest that this Court has personal jurisdiction over At Home for the Counterclaims asserted herein and otherwise denies the remainder of the allegations of this paragraph.

9.     At Home admits that venue is proper in this District pursuant to 28 U.S.C. § 1391.

10.     At Home admits that it has sued Verizon for infringement of U.S. Patent Nos. 6,370,571 ("the '571 Patent"), 7,225,275 ("the '275 Patent"), 7,529,856 ("the '856 Patent") and 7,873,749 ("the '749 Patent") and that an actual controversy exists between the parties regarding infringement of those patents.   At Home denies the remainder of the allegations of this paragraph.

## FIRST COUNTERCLAIM

### (DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '571 PATENT)

11.     There are no allegations contained in this paragraph that require either an admission or denial.

12.     At Home denies the allegations of this paragraph.

13.     At Home denies the allegations of this paragraph.

## SECOND COUNTERCLAIM

### (DECLARATORY JUDGMENT OF INVALIDITY OF THE '571 PATENT)

14.     There are no allegations contained in this paragraph that require either an admission or denial.

15.     At Home objects to the allegations of this paragraph in that they are insufficient as a matter of law and fail to comply with the pleading requirements of FRCP 8(a).  At Home otherwise denies the allegations of this paragraph.

16.     At Home denies the allegations of this paragraph.

## THIRD COUNTERCLAIM

### (DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '275 PATENT)

17.     There are no allegations contained in this paragraph that require either an admission or denial.

18.     At Home denies the allegations of this paragraph.

19.     At Home denies the allegations of this paragraph.

## FOURTH COUNTERCLAIM

### (DECLARATORY JUDGMENT OF INVALIDITY OF THE '275 PATENT)

20.     There are no allegations contained in this paragraph that require either an admission or denial.

21.     At Home objects to the allegations of this paragraph in that they are insufficient as a matter of law and fail to comply with the pleading requirements of FRCP 8(a).  At Home otherwise denies the allegations of this paragraph.

22.     At Home denies the allegations of this paragraph.

## FIFTH COUNTERCLAIM

### (DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '856 PATENT)

23.     There are no allegations contained in this paragraph that require either an admission or denial.

24.     At Home denies the allegations of this paragraph.

25.     At Home denies the allegations of this paragraph.

## SIXTH COUNTERCLAIM

### (DECLARATORY JUDGMENT OF INVALIDITY OF THE '856 PATENT)

26.     There are no allegations contained in this paragraph that require either an admission or denial.

27.     At Home objects to the allegations of this paragraph in that they are insufficient as a matter of law and fail to comply with the pleading requirements of FRCP 8(a).  At Home otherwise denies the allegations of this paragraph.

28.     At Home denies the allegations of this paragraph.

## SEVENTH COUNTERCLAIM

### (DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '749 PATENT)

29.     There are no allegations contained in this paragraph that require either an admission or denial.

30.     At Home denies the allegations of this paragraph.

31.     At Home denies the allegations of this paragraph.

## EIGHTH COUNTERCLAIM

**(DECLARATORY JUDGMENT OF INVALIDITY OF THE '749 PATENT)**

32.     There are no allegations contained in this paragraph that require either an admission or denial.

33.     At Home objects to the allegations of this paragraph in that they are insufficient as a matter of law and fail to comply with the pleading requirements of FRCP 8(a).  At Home otherwise denies the allegations of this paragraph.

34.     At Home denies the allegations of this paragraph.

**WHEREFORE**, At Home respectfully requests that the Court dismiss Verizon's Counterclaims with prejudice and declare that this is not an exceptional case justifying an award of fees and/or costs against At Home.

## JURY DEMAND

At Home requests a trial by jury on all issues related to Verizon's Counterclaims.

Respectfully submitted,

Date:  September 30, 2011

By:  /s/ Joshua L. Raskin

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
Chad Johnson (CJ-3395)
Joshua L. Raskin (JR-4613)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Chad@blbglaw.com
Joshua@blbglaw.com
Phone: (212) 554-1400
Fax: (212) 554-1444

BEIRNE, MAYNARD & PARSONS, LLP
William C. Norvell, Jr. (*pro hac vice* to be filed)
Scott D. Marrs (*pro hac vice* to be filed)
1300 Post Oak Blvd., Suite 2500
Houston, Texas  77056-3000
Phone: (713) 623-0887
Fax:  (713) 960-1527

COUNSEL FOR PLAINTIFF **RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR** AT HOME BONDHOLDERS' LIQUIDATING TRUST