UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>ECF CASE<br><br>Case No. 1:11-cv-04948 (LTS)<br><br>**DEFENDANT AT&T INC.'S CORPORATE DISCLOSURE STATEMENT** |

**DEFENDANT AT&T INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Inc. hereby states the following:

1. AT&T Inc. has no parent corporation and is itself a publicly held corporation.

2. No publicly-held corporation owns 10% or more of AT&T Inc.'s stock.

Dated:  October 7, 2011						Respectfully submitted,

							By:  */s/* Robert L. Maier
							       Robert L. Maier
							       30 Rockefeller Plaza
							       New York, New York 10112
							       Tele:  (212) 408-2538
							       Fax:   (212) 259-2538
							       robert.maier@bakerbotts.com

							       Bryant C. Boren, Jr., (Admitted *pro hac vice*)
							       Kevin E. Cadwell (Admitted *pro hac vice*)
							       **BAKER BOTTS L.L.P.**
							       620 Hansen Way
							       Palo Alto, California 94304
							       Tele:  (650) 739-7501
							       Fax:   (650) 739-7601
							       kevin.cadwell@bakerbotts.com
							       bryant.c.boren@bakerbotts.com

							       Kurt M. Pankratz (Admitted *pro hac vice*)
							       **BAKER BOTTS L.L.P.**
							       2001 Ross Avenue
							       Dallas, Texas 75201
							       Tele:  (214) 953-6500
							       Fax:   (214) 953-6503
							       kurt.pankratz@bakerbotts.com


							        *Attorneys for Defendants*
							        *AT&T Inc., AT&T Operations, Inc. and*
							        *AT&T Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2011, a copy of the foregoing DEFENDANT AT&T INC.'S CORPORATE DISCLOSURE STATEMENT was filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Robert L. Maier
Robert L. Maier