UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>ECF CASE<br><br>Case No. 1:11-cv-04948 (LTS)<br><br>**DEFENDANT AT&T OPERATIONS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

**DEFENDANT AT&T OPERATIONS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Operations, Inc. hereby states the following:

1.  AT&T Operations, Inc. is a wholly owned subsidiary of AT&T Inc. and is not a publicly traded company.

2.  AT&T Inc. has no parent corporation and is itself a publicly held corporation. No publicly-held corporation owns 10% or more of AT&T Inc.'s stock

Dated:  October 7, 2011                              Respectfully submitted,

By: */s/* Robert L. Maier
    Robert L. Maier
    30 Rockefeller Plaza
    New York, New York 10112
    Tele:  (212) 408-2538
    Fax:   (212) 259-2538
    robert.maier@bakerbotts.com

    Bryant C. Boren, Jr., (Admitted *pro hac vice*)
    Kevin E. Cadwell (Admitted *pro hac vice*)
    **BAKER BOTTS L.L.P.**
    620 Hansen Way
    Palo Alto, California 94304
    Tele:  (650) 739-7501
    Fax:   (650) 739-7601
    kevin.cadwell@bakerbotts.com
    bryant.c.boren@bakerbotts.com

    Kurt M. Pankratz (Admitted *pro hac vice*)
    **BAKER BOTTS L.L.P.**
    2001 Ross Avenue
    Dallas, Texas 75201
    Tele:  (214) 953-6500
    Fax:   (214) 953-6503
    kurt.pankratz@bakerbotts.com

    *Attorneys for Defendants*
    *AT&T Inc., AT&T Operations, Inc. and*
    *AT&T Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2011, a copy of the foregoing DEFENDANT AT&T OPERATIONS, INC.'S CORPORATE DISCLOSURE STATEMENT was filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Robert L. Maier
Robert L. Maier