UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>ECF CASE<br><br>Case No. 1:11-cv-04948 (LTS)<br><br>**DEFENDANT AT&T SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT** |

**DEFENDANT AT&T SERVICES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Services, Inc. hereby states the following:

1. AT&T Inc. owns 10% or more of AT&T Services, Inc. AT&T Services Inc. is not a publicly traded company.

2. AT&T Inc. has no parent corporation and is itself a publicly held corporation. No publicly-held corporation owns 10% or more of AT&T Inc.'s stock.

Dated:  October 7, 2011                                  Respectfully submitted,

                                                  By:  */s/* Robert L. Maier
                                                       Robert L. Maier
                                                       30 Rockefeller Plaza
                                                     New York, New York 10112
                                                     Tele:  (212) 408-2538
                                                     Fax:   (212) 259-2538
                                                     robert.maier@bakerbotts.com

                                                     Bryant C. Boren, Jr., (Admitted *pro hac vice*)
                                                     Kevin E. Cadwell (Admitted *pro hac vice*)
                                                     **BAKER BOTTS L.L.P.**
                                                     620 Hansen Way
                                                     Palo Alto, California 94304
                                                     Tele:  (650) 739-7501
                                                     Fax:   (650) 739-7601
                                                     kevin.cadwell@bakerbotts.com
                                                     bryant.c.boren@bakerbotts.com

                                                     Kurt M. Pankratz (Admitted *pro hac vice*)
                                                     **BAKER BOTTS L.L.P.**
                                                     2001 Ross Avenue
                                                     Dallas, Texas 75201
                                                     Tele:  (214) 953-6500
                                                     Fax:   (214) 953-6503
                                                     kurt.pankratz@bakerbotts.com

                                                     *Attorneys for Defendants*
                                                     *AT&T Inc., AT&T Operations, Inc. and*
                                                     *AT&T Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2011, a copy of the foregoing DEFENDANT AT&T SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT was filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Robert L. Maier
Robert L. Maier