# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

Joshua L. Raskin
Joshua@blbglaw.com
(212) 554-1590

October 21, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 21 OCT 2011
```

VIA FACSIMILIE

Honorable Laura Taylor Swain, District Judge
United States District Court for the
    Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007

**MEMO ENDORSED**

Re:   *Williamson v. Verizon Communications Inc., et al*, Case No. 11-cv-04948-LTS

Dear Judge Swain:

We write on behalf of Plaintiff Richard A. Williamson ("Plaintiff") in the above-referenced action.

The current deadline for Plaintiff to respond to Defendant AT&T Inc.'s motion to dismiss (D.I. 44) is October 24, 2011. We requested and AT&T Inc. consented to an extension of that deadline, to October 31, 2011, to allow sufficient time for the parties to attempt to work out a schedule related to both AT&T Inc.'s motion to dismiss and the motion to sever and transfer filed this week by Defendants AT&T Operations, Inc. and AT&T Services, Inc. This is Plaintiff's first request for an extension.

We respectfully request the Court grant the requested extension to which AT&T Inc.'s counsel has agreed. We thank the Court for its consideration of this request.

The request is granted.

**SO ORDERED.**

NEW YORK, NY _____
LAURA TAYLOR SWAIN
Oct 21, 2011 UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Joshua L. Raskin

cc: Counsel of Record (via email)

1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444