# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

Joshua L. Raskin
Joshua@blbglaw.com
(212) 554-1590

**MEMO ENDORSED**

October 27, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: 28 OCT 2011

VIA FACSIMILIE

Honorable Laura Taylor Swain, District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007

Re: *Williamson v. Verizon Communications Inc., et al.*, Case No. 11-cv-04948-LTS

Dear Judge Swain:

We write on behalf of Plaintiff Richard A. Williamson ("Plaintiff") in the above-referenced action.

The current deadline for Plaintiff to respond to Defendant AT&T Inc.'s motion to dismiss (D.I. 44) is October 31, 2011 and the current deadline for Plaintiff to respond to Defendants AT&T Services, Inc.'s and AT&T Operations, Inc.'s motion to transfer and sever (D.I. 47) is November 4. The parties are close to finalizing an agreement on a schedule for jurisdictional discovery that would extend the time for Plaintiff to respond to both of Defendants' motions. The parties have therefore agreed to extend both deadlines to November 7, 2011, to allow sufficient time for the parties to finalize their agreement. This is Plaintiff's first request for an extension to respond to the motion to transfer and sever and second request for an extension to respond to the motion to dismiss.

We respectfully request the Court grant the requested extensions to which Defendants' counsel has agreed. We thank the Court for its consideration of this request.

The request is granted.
SO ORDERED.
NEW YORK, NY 10/28/11
LAURA TAYLOR SWAIN
cc: Counsel of Record (via email) JUDGE

Respectfully submitted,

Joshua L. Raskin

1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444