UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WILLIAMSON,

        Plaintiff(s),

  -v-                                      No. 11 Civ. 4948 (LTS)(KNF)

VERIZON,

        Defendant(s).

-------------------------------------------------------x

<u>**ORDER**</u>

        The pending motions to dismiss for lack of personal jurisdiction (docket entry no. 44) and for severance and transfer (docket entry no. 47) are hereby TERMINATED without prejudice to restoration following the completion of relevant discovery. The application for reinstatement must include a proposed schedule for the completion of any outstanding briefing.

Dated: New York, New York
       November 3, 2011

                                                              LAURA TAYLOR SWAIN
                                                             United States District Judge