IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>    Plaintiff<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T OPERATIONS INC., AT&T SERVICES INC.,<br><br>    Defendants. | Civil Action No. <u>11-CV-4948-LTS</u><br><br><u>ECF CASE</u> |

MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Brian T. Bagley, hereby move this Court for an Order for admission to practice *Pro Hac Vice* as Co-Lead Counsel for Court-Appointed Lead Plaintiffs Richard A. Williamson, On Behalf of And As Trustee For At Home Bondholders' Liquidating Trust, in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: November  7 , 2011                    Respectfully Submitted,

                                             /s/ Brian T. Bagley
                                             Brian T. Bagley

                                             Applicant's Name:  Brian T. Bagley

                                             Firm Name:  Beirne, Maynard & Parsons, LLP

                                             Address:  1300 Post Oak Blvd., Suite 2500

                                             City/ State/ Zip:  Houston, Texas  77056-3000

                                             Phone:  (713) 871-6812

                                             Fax:  (713) 960-1527

                                             Email:  bbagley@bmpllp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>                Plaintiff<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T OPERATIONS INC., AT&T SERVICES INC.,<br><br>                Defendants. | Civil Action No. <u>11-CV-4948-LTS</u><br><br><u>ECF CASE</u> |

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

-1-

The motion of Brian T. Bagley, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is a follows:

Applicant's Name:  Brian T. Bagley

Firm Name:  Beirne, Maynard & Parsons, LLP

Address:  1300 Post Oak Blvd., Suite 2500

City/ State/ Zip:  Houston, Texas  77056-3000

Phone:  (713) 871-6812

Fax:  (713) 960-1527

Email:  bbagley@bmpllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as Co-Lead Counsel for Court-Appointed Lead Plaintiffs Richard A. Williamson, On Behalf of And Trustee For At Home Bondholders' Liquidating Trust, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject ot the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____, 2011

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

October 27, 2011

RE: **Mr. Brian Thomas Bagley**
State Bar Number - **24035541**

To Whom it May Concern:

This is to certify that Mr. Brian Thomas Bagley was licensed to practice law in Texas on November 04, 2005 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/pv



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>    Defendants. | Civil Action No. 11-Civ-4948 (LTS) (KNF) |

## CERTIFICATE OF SERVICE

I, Martin Braxton, hereby certify that on November 7, 2011, I caused a true and correct copy of Brian T. Bagley's, Motion for Admission Pro Hac Vice, Certificate of Good Standing, and [Proposed] Order for Admission Pro Hac Vice to be served upon all parties listed on the attached service list via U.S. Mail.

Dated: November 7, 2011
   New York, New York

                                    _/s/ Martin Braxton_
                                     Martin Braxton

## SERVICE LIST

RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST

### PLAINTIFFS' COUNSEL

Chad Johnson

Joshua L. Raskin

Paul Hyun

Eric Bitzegaio

Bernstein Litiowitz Berger & Grossmann LLP

1285 Avenue of the Americas

New York, NY  10019

(212) 554-1400 phone

(212) 554-1444 fax

Chad@blbglaw.com

Joshua@blbglaw.com

Paul@blbglaw.com

Eric@blbglaw.com

### DEFENDANTS COUNSEL

David B. Bassett
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Phone: (212) 230-8800

Fax: (212) 230-8888

William F. Lee
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street

Boston, MA 02109  
Phone: (617) 526-6556  
Fax: (617) 526-5000  

Phone: (214) 953-6500  
Fax: (214) 953-6503  

Christine E. Duh  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
950 Page Mill Road  
Palo Alto, CA 94304  
Phone: (650) 858-6000  
Fax: (650) 858-6100  

Leonard Charles Suchyta  
Caren K. Khoo  
VERIZON CORPORATE RESOURCES  
   GROUP LLC  
One Verizon Way  
Basking Ridge, NJ 07920  
Phone: (908) 559-5623  
Fax: (908) 766-6974  

Robert L. Maier  
BAKER BOTTS LLP  
30 Rockefeller Plaza  
New York, NY 10112  
Phone: (212) 408-2538  
Fax: (212) 259-2538  

Bryant C. Boren, Jr.  
Kevin E. Cadwell  
BAKER BOTTS LLP  
620 Hansen Way  
Palo Alto, CA 94304  
Phone: (650) 739-7501  
Fax: (650) 739-7601  

Kurt M. Pankratz  
BAKER BOTTS LLP  
2001 Ross Avenue  
Dallas, TX 75201