UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>　　　　　　　Defendants. | Civil. Action No. 11-CV-4948-LTS<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

　　PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John P. Pettit, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc. (collectively, "Verizon") in the above-captioned action.

　　I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court.

DATED:  November 23, 2011

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　_/s/ J. P. Pettit_
　　　　　　　　　　　　　　　　　　　John P. Pettit
　　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　　950 Page Mill Rd.
　　　　　　　　　　　　　　　　　　　Palo Alto, CA  94304
　　　　　　　　　　　　　　　　　　　(650) 858-6056 (telephone)
　　　　　　　　　　　　　　　　　　　(650) 858-6100 (facsimile)
　　　　　　　　　　　　　　　　　　　John.Pettit@wilmerhale.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>　　　　　Defendants. | Civil. Action No. 11-CV-4948-LTS<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

　　The motion of John P. Pettit, for admission to practice Pro Hac Vice in the above-captioned action is granted.

　　Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of California; and that his contact information is as follows:

　　　Applicant Name:　John P. Pettit
　　　Firm Name:　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　Address:　　　　950 Page Mill Rd.
　　　City/State:　　　Palo Alto, CA  94304
　　　Phone No.:　　　(650) 858-6056
　　　Fax No.:　　　　(650) 858-6100
　　　Email:　　　　　John.Pettit@wilmerhale.com

　　Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc. (collectively, "Verizon") in the above entitled action;

1

ActiveUS 91490610v1

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

DATED: _____

_____
The Honorable Laura Taylor Swain
United States District Judge

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

November 15, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN P. PETTIT, #259904 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise G. Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>　　　　　　　Defendants. | Civil. Action No. 11-CV-4948-LTS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, Christopher W. Carrion, hereby certify that on December 5, 2011, I served, via First-Class Mail, true and correct copies of a Motion to Admit Counsel Pro Hac Vice, dated November 23, 2011, on:

**Joshua Lee Raskin**
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
38th Floor
New York, NY 10019

**Robert Lawrence Maier**
Baker Botts LLP (NY)
30 Rockefeller Plaza
44th Floor
New York, NY 10112

Dated: December 5, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Christopher W. Carrion