UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 11-CV-4948-LTS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Victor F. Souto of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 399 Park Avenue, New York, New York, 10022, hereby appears on behalf of Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc. (collectively, "Verizon") in the above-captioned action.  I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, NY  　　　WILMER CUTLER PICKERING
　　　　February 3, 2012　　　　　HALE AND DORR LLP

　　　　　　　　　　　　　　　By:/s/ Victor F. Souto
　　　　　　　　　　　　　　　　　Victor F. Souto

　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　New York City, New York 10022
　　　　　　　　　　　　　　　Tel.:(212) 230-8800
　　　　　　　　　　　　　　　Fax: (212) 230-8888
　　　　　　　　　　　　　　　Email: Victor.Souto@wilmerhale.com

　　　　　　　　　　　　　　　*Attorney for Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc.*