UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST<br><br>-----------------------------------------------------------<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC. | ECF CASE<br><br>Civil Action No. 1:11-cv-04948 (LTS)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that I, Richard B. Harper, a member of the firm of Baker Botts L.L.P, being admitted to practice in this Court, hereby enter an appearance as counsel in the above-captioned action on behalf of Defendants AT&T Inc., AT&T Operations, Inc. and AT&T Services, Inc. and request that I be served with all future filings.

Dated:  New York, New York
        February 10, 2012               Respectfully submitted,

                                                      BAKER BOTTS L.L.P.

                                                        By:/s/ Richard B. Harper
                                                            Richard B. Harper
                                                            30 Rockefeller Plaza
                                                            New York, New York 10112
                                                            Tele:   (212) 408-2675
                                                            Fax:   (212) 259-2475
                                                            richard.harper@bakerbotts.com

                                                           *Attorneys for Defendants*
                                                           *AT&T Inc., AT&T Operations, Inc. and*
                                                           *AT&T Services, Inc.*

NY02:735882.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2012, a copy of the foregoing NOTICE OF APPEARANCE was filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Richard B. Harper
Richard B. Harper

NY02:735882.1