UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | Civil. Action No. 11-CV-4948-LTS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Omar A. Khan of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 399 Park Avenue, New York, New York, 10022, hereby appears on behalf of Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc. (collectively, "Verizon") in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

| | |
|---|---|
| Dated: New York, NY<br>      February 10, 2012 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |

                                         By: /s/ Omar A. Khan
                                              Omar A. Khan

                                            399 Park Avenue
                                            New York, New York 10022
                                            Tel.:(212) 230-8800
                                            Fax: (212) 230-8888
                                            Email: omar.khan@wilmerhale.com

*Attorney for Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc.*