UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>ECF CASE<br><br>Civil Action No. 1:11-cv-04948 (LTS)(KNF) |

### DECLARATION OF ROBERT L. MAIER

I, ROBERT L. MAIER, declare as follows:

1.  I am a member of the law firm Baker Botts L.L.P., counsel for Defendants AT&T Inc., AT&T Operations, Inc. and AT&T Services, Inc. (hereinafter referred to as "the AT&T Defendants") in the above-captioned action. I am familiar with the facts in this matter and submit this Declaration for the purpose of providing information in support of AT&T Defendants' Motion to Reinstate their Motion to Dismiss and Motion to Sever and Transfer.

2.  Attached hereto as Exhibit N is a true and correct copy of an excerpt of pages from a document referenced in Plaintiff's infringement contentions in this matter, entitled "Using the Internet Protocol suite to build an end-end IPTV service," and purportedly authored by K.K. Ramakrishnan.

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 27, 2012                                  /s/ Robert L. Maier
                                                          Robert L. Maier

# Exhibit N



# Using the Internet Protocol suite to build an end-end IPTV service

K.K. Ramakrishnan
AT&T Labs Research, NJ USA

TECS 2010 – Module 1

© 2007 AT&T Intellectual Property. All rights reserved.

# **DISCLAIMER**

The information provided here is not meant to describe specific AT&T's products or services. The content and material herein are entirely based on the opinions and knowledge of the author and are not meant to convey any opinions of AT&T.

These slides do not reveal any information proprietary to AT&T Business Units, suppliers, customers or business partners.

Most material is based on publicly available information or well-studied networking extrapolations and modeling formulations of public information.

The remainder of material is protected by patents or patent applications licensed by AT&T.



© 2007 AT&T Intellectual Property. All rights reserved.