| BERNSTEIN LITOWITZ BERGER | WILMER CUTLER PICKERING | BAKER BOTTS LLP |
| & GROSSMANN LLP | HALE & DORR LLP | 30 Rockefeller Plaza |
| 1285 Avenue of the Americas | 399 Park Avenue | New York, NY 10112 |
| New York, NY 10019 | New York, NY 10022 | |
| 212-554-1400 | 212-230-8800 | |

MEMO ENDORSED

February 29, 2012



By Facsimile

The Honorable Kevin N. Fox
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>Williamson v. Verizon Services Corp. et al.</u>, 1:11-cv-04948-LTS

Dear Judge Fox:

All parties to this case jointly request that the settlement conference scheduled for Wednesday, March 7, 2012, be adjourned. As contemplated by Your Honor's procedures applicable to cases referred for settlement, the parties are in agreement that a settlement conference would be premature at this time, and that no utility presently exists for such a conference. The parties propose that we jointly update the Court in three months as to whether prospects then exist for a productive settlement conference.

Please contact us if you have any questions.

Respectfully submitted,

| Joshua L. Raskin | David B. Bassett | Bryant C. Boren, Jr. |
| BERNSTEIN LITOWITZ BERGER | WILMER CUTLER PICKERING | BAKER BOTTS LLP |
| & GROSSMANN LLP | HALE & DORR LLP | *Counsel for the AT&T* |
| *Counsel for Plaintiff* | *Counsel for the Verizon Defendants* | *Defendants* |

3/1/12

Application granted. The settlement conference is adjourned sine die. A telephonic status conference will be held with the parties on March 7, 2012, at 10:30 a.m. Counsel to the plaintiff shall initiate the telephonic conference.

SO ORDERED:
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.