UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD A. WILLIAMSON, ON
BEHALF OF AND AS TRUSTEE FOR
AT HOME BONDHOLDERS'
LIQUIDATING TRUST,

       Plaintiff,

   -against-         **ORDER**

VERIZON COMMUNICATIONS INC.,   11 Civ. 4948 (LTS)(KNF)
VERIZON SERVICES CORP., VERIZON
CORPORATE RESOURCES GROUP LLC,
VERIZON DATA SERVICES LLC, VERIZON
NEW YORK, INC., AT&T INC., AT&T
OPERATIONS, INC., AT & T SERVICES, INC.,

       Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

  By a letter, dated March 9, 2012, the defendants requested that a "Proposed Order" regarding electronic discovery be entered in this action, which, they contend, is commensurate with the Model Order Regarding E-discovery in Patent Cases ("Model Order"), adopted by the Advisory Council for the United States Court of Appeals for the Federal Circuit, in September 2011. It is hereby ordered that:

  (a) on or before March 23, 2012, the defendants shall serve and file a motion(s) to adopt a version of the Model Order in this action;

  (b) on or before March 30, 2012, the plaintiff shall serve and file any opposition to the defendants' motion(s); and

  (c) on or before April 3, 2012, any reply shall be served and filed.

Dated: New York, New York    SO ORDERED:
    March 15, 2012

                 _____
                 KEVIN NATHANIEL FOX
                 UNITED STATES MAGISTRATE JUDGE