UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

RICHARD A. WILLIAMSON, ON BEHALF
OF AND AS A TRUSTEE FOR AT HOME
BONDHOLDERS' LIQUIDATING TRUST,

        Plaintiff,

-v-                                No. 11 Civ. 4948 (LTS)(KNF)

VERIZON COMMUNICATIONS INC., et al.,

        Defendants.

--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 6 2012

## ORDER

On October 7, 2011, Defendants AT&T Inc., AT&T Operations, Inc., and AT&T Services, Inc. (collectively, "AT&T") filed a Motion to Dismiss, and on October 18, 2011, they filed a Motion to Sever and Transfer AT&T Operations and AT&T Services to the Northern District of Texas. This Court issued an order terminating both of these motions without prejudice, pending the completion of jurisdictional discovery. On January 31, 2012, AT&T filed a motion to reinstate its earlier Motion to Dismiss and Motion to Sever and Transfer. The motion to reinstate is granted, effective April 17, 2012.

The parties are directed to brief both reinstated motions in accordance with the schedule set forth in Local Civil Rule 6.1. This order resolves docket entry no. 68.

Dated: New York, New York
April 16, 2012

LAURA TAYLOR SWAIN
United States District Judge