UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 1 2012

RICHARD A. WILLIAMSON, ON
BEHALF OF AND AS TRUSTEE FOR
AT HOME BONDHOLDERS'
LIQUIDATING TRUST,

          Plaintiff,

v.

VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP.,
VERIZON CORPORATE RESOURCES
GROUP LLC,
VERIZON DATA SERVICES LLC,
VERIZON NEW YORK INC.,
AT&T INC.,
AT&T OPERATIONS, INC.,
AT&T SERVICES, INC.,

          Defendants.

Civil. Action No. 11-CV-4948-LTS

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

    The motion of Jane Y. Huang, for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

| | |
|---|---|
| Applicant Name: | Jane Y. Huang |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 950 Page Mill Road |
| City/State: | Palo Alto, CA 94304 |
| Phone No.: | (650) 858-6107 |
| Fax No.: | (650) 858-6100 |
| Email: | Jane.Huang@wilmerhale.com |

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc. (collectively, "Verizon") in the above entitled action;

1

ACTIVEUS 90567308v1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

DATED: 5/1/12

_____
The Honorable Laura Taylor Swain
United States District Judge

ACTIVEUS 90567308v1