# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

Joshua L. Raskin
212-554-1590
Joshua@blbglaw.com

MEMO ENDORSED

April 30, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **MAY 0 1 2012**

**By Facsimile**

Hon. Laura T. Swain
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Williamson v. Verizon Comm., Inc., et al.*, No. 11-cv-4948-LTS-KNF

Dear Judge Swain:

We represent plaintiff Richard A. Williamson, on behalf of and as Trustee for At Home Bondholder's Liquidating Trust, in the above-cited matter. Plaintiff's oppositions to the motion to dismiss filed by defendant AT&T Inc. and the motion to sever and transfer filed by defendants AT&T Operations, Inc. and AT&T Services are due tomorrow, May 1, 2012. Certain exhibits to our oppositions have been designated "Highly Confidential – Outside Attorney's Eyes Only" by the defendants pursuant to our current draft of a Protective Order that has not yet been agreed to or submitted to the Court. We, therefore, respectfully request Your Honor's permission to file those exhibits, and unredacted versions of our opposition papers, under seal. We have contacted AT&T's counsel regarding this issue and they do not object to this request.

Please contact the undersigned if you have any questions.

Sincerely,

Joshua L. Raskin

*The request is granted. Redacted versions must be filed on ECF.*

Cc: All Counsel of Record (by email)

SO ORDERED.

NEW YORK, NY
May 1, 2012

_____
UNITED STATES DISTRICT JUDGE
SWAIN

1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444