**BAKER BOTTS** LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212 408 2500
FAX +1 212 408 2501
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
WASHINGTON

May 8, 2012

**MEMO ENDORSED**

**BY FACSIMILE**

Robert L. Maier
TEL +1 212-408-2538
FAX +1 212-259-2538
robert.maier@bakerbotts.com

The Honorable Laura Taylor Swain
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, New York  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 9 2012

Re:   *Williamson v. Verizon Comms. Inc. et al.*, Case No. 1:11-cv-04948 (LTS)(KNF)

Dear Judge Swain:

We represent Defendants AT&T, Inc., AT&T Operations, Inc., and AT&T Services, Inc. ("AT&T") in the above-referenced action, and write to request a two-day extension to file (1) AT&T Operations, Inc., and AT&T Services, Inc.'s Reply Memorandum in Support of their Motion To Sever and Transfer (Dkt. No. 47), and (2) AT&T Inc.'s Reply Memorandum in Support of its Motion to Dismiss (Dkt. No. 44). The original due date for these reply briefs is today; no extensions have previously been requested on these reply briefs, and the extension will not affect any other scheduled dates. The AT&T Defendants have conferred with counsel for Plaintiff in good faith and Plaintiff has agreed to the requested extensions.

Respectfully submitted,

Robert L. Maier

RLM:jpm

cc:   All Counsel of Record (via email)

The request is granted.

SO ORDERED,
NEW YORK, NY
May 9, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NY02:743434.1