# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>ECF CASE<br><br>Civil Action No. 1:11-cv-04948 (LTS)(KNF)<br><br>**DECLARATION OF MATTHEW WALLACE IN SUPPORT OF AT&T INC.'S MOTION TO DISMISS** |

**DECLARATION OF MATTHEW WALLACE IN SUPPORT OF
AT&T INC'S MOTION TO DISMISS**

I, Matthew Wallace, hereby declare as follows:

1. I am over the age of twenty-one and fully competent to make this Declaration, I make this Declaration upon personal knowledge.

2. I am currently an Assistant Vice President in the Construction and Engineering Department, and I am employed by AT&T Services, Inc. I have been that position since April 1, 2012 and with the AT&T family of companies since June 1, 1996.

3. In connection with their opposition to AT&T Inc.'s motion to dismiss for lack of personal jurisdiction, Plaintiffs submitted a previous declaration that I made on November 14, 2007 in a matter before the Federal Communications Commission.

4. Upon reviewing that November 14, 2007 declaration and the Declaration of Steven Threlkeld filed on behalf of AT&T Inc. in this case, I have determined that the

Declaration of Matthew Wallace          1

November 14, 2007 declaration contains an error, that I would like to correct.[1] The declaration incorrectly stated I was employed by AT&T Inc. as the Executive Director – Advanced Access Technologies.

5.   I am not and have never been employed by AT&T Inc. On November 14, 2007, I was employed by AT&T Services, Inc. Attached as Exhibit 1 is a true and accurate copy of my paycheck stub for the period covering November 14, 2007, which confirms my employment at that time by AT&T Services, Inc.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of May 2012.

_____
Matthew Wallace

---

[1] The remaining statements contained in the November 14, 2007 declaration are correct.

Case 1:11-cv-04948-LTS-KNF   Document 91-1   Filed 05/10/12   Page 4 of 4
REDACTED

MATTHEW WALLACE
826 Celestial View
SAN ANTONIO TX 78260

AT&T SERVICES, INC.
ONE AT&T CENTER, 28TH FLR.
ST. LOUIS, MO 63101

PERS NO. 00099849

| CHECK DATE | 11/20/2007 |
|---|---|
| PAY PERIOD FROM | 11/01/2007 |
| PERIOD TO | 11/15/2007 |

T8 EIN = 74-2782655

| | W-4 MS | EXP | ADDL |
|---|---|---|---|
| FED | M | 02 | ▓ |

## SALARY / TOTAL COMPENSATION

| | THIS PERIOD | YTD |
|---|---|---|

## REFUNDS AND DEDUCTIONS THIS PERIOD

CO MEDICAL-PRETX
DENTAL-PRETX
VISION-PRETX
BASIC 401K
EMPLOYEE GIVING/UW

## MISCELLANEOUS PAYMENT INFORMATION

| | 401K | HEALTH |
|---|---|---|

### SUBJECT INCOME

| | FED |
|---|---|

### WITHHELD

### PRE-TAX DEDUCTIONS

| SEC | @6.20% |
|---|---|
| MEDICARE | @1.45% |

### 2007 LIMITS
SOC SEC
TX WGS

### DIRECT DEPOSIT

| | CURRENT | YTD |
|---|---|---|

### WAGES
- SOCIAL SECURITY
- MEDICARE

| | WAGES | CURRENT | YTD |
|---|---|---|---|
| W-2 WAGES | | | |

### OTHER YEAR-TO-DATE INFORMATION
IRS VAL EXCESS BASIC LIFE