# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>ECF CASE<br><br>Civil Action No. 1:11-cv-04948 (LTS)(KNF)<br><br>**DECLARATION OF RICHARD J. SINTON IN SUPPORT OF AT&T INC.'S MOTION TO DISMISS** |

**DECLARATION OF RICHARD SINTON IN SUPPORT OF
AT&T INC'S MOTION TO DISMISS**

I, Richard J. Sinton hereby declare as follows:

1.      I am over the age of twenty-one and fully competent to make this Declaration. I make this Declaration upon personal knowledge.

2.      I am a General Attorney in the Law Department of AT&T Services, Inc. responsible for state and local tax matters. I have been in that position since 1983 and with the Company since 1982. In my position, I am personally familiar with the tax structure and holdings of AT&T Inc., AT&T Operations, Inc., and AT&T Services, Inc. All of the statements in this Declaration are, unless otherwise indicated, based upon my personal knowledge, review of corporate and business records, and interviews with appropriately knowledgeable persons. The statements contained herein are true and correct.

3.      In connection with their opposition to AT&T Inc.'s motion to dismiss for lack of

Declaration of Richard J. Sinton                    1

personal jurisdiction, Plaintiffs alleged that AT&T Inc. owns two parcels of real property in New York City, located at 811 Tenth Avenue and 33 Thomas Street.

4. Based upon my review of corporate and business records, I have determined that in connection with SBC's acquisition of AT&T in 2005, AT&T, Inc. (formerly SBC Communications, Inc.) filed a transfer tax return to satisfy what it believed were the requirements of Section 1404 (e) of the New York Tax Law.

4. Upon reviewing corporate and business records, I have determined that AT&T Inc. does not own and has never owned any real property in New York.

5. Upon reviewing corporate and business records, I have determined that AT&T Inc. has never paid property taxes in New York.

6. Attached as Exhibit 1 is a true and accurate copy of the Quarterly Statement of Accounts from the NYC Department of Finance, confirming that AT&T Communications, Inc. is the registered taxpayer of 811 Tenth Avenue and 33 Thomas Street.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of May 2012.

_____
Richard J. Sinton

Declaration of Richard Sinton                                    2

# EXHIBIT 1



**NYC Finance**

33Thomas

| | |
|---|---|
| Owner Name: | AT&T COMMUNICATIONS, INC. |
| Property Address: | |
| Borough, Block & Lot: | MANHATTAN (1), 70022, 0211 |
| Ident Number: | A22-25 |

**Quarterly Statement of Account**

**Mailing Address:**
AT AND T. COMMUNICATIONS
P.O. BOX 7207
BEDMINSTER, NJ 07921-7207

## Statement Billing Summary
(Reflects Account Activity From Your Last Statement Through November 18, 2011)

| | |
|---|---|
| Previous Balance | $0.00 |
| Amount Paid | $0.00 |
| Interest | $0.00 |
| **Unpaid Balance, If Any** | **$0.00** |
| Current Amount Due | $0.00 |
| **Total Amount Due By January 3, 2012** | **$0.00** |
| **Overpayments/Credits On Account** | **$41,255.70** |

If you use online banking, update your payment instructions with our new mailing address:
PO Box 680, Newark, NJ 07101-0680

001400.01
2949

page 1 of 2

---



**NYC Finance**

THIS STATEMENT IS FOR YOUR INFORMATION ONLY
If You Pay Via On-Line Banking You Must Include This Account Number: 1-70022-0211

**Pay Today The Easy Way**
nyc.gov/payonline

**Total Amount Due By January 3, 2012**                                                $0.00

#BWNFFBV
#8880932111118016#
4514005686   PRESORT 5686 1 MB 0.390 P1C24
AT AND T. COMMUNICATIONS
P.O. BOX 7207
BEDMINSTER NJ 07921-7207

**Amount Enclosed:**

**If Paying The Easy Way Isn't For You,**
**Mail Payment To:**
NYC Department of Finance
P.O. Box 680
Newark, NJ 07101-0680

8880932111118  01  1700220211  0000000000000  0000000000000  1201032700081001      7



**Finance**

Statement Details

33 Thomas S

November 18, 2011
AT&T Communications, Inc.
1-70022-0211
Page 2

| Overpayments/Credits On Account | Activity Date | Date | Amount |
|---|---|---|---|
| Finance-Utility Property | | 01/01/2012 | $0.00 |
| Adopted Tax Rate | | | $-41,255.70 |
| **Total Overpayments/Credits On Account** | | | **$-41,255.70** |

### How We Calculated Your Property Tax For July 1, 2011 Through June 30, 2012

Tax Class  4 -  Commercial Property           Tax Rate
Original Tax Rate Billed June 2011              10.3120%
New Tax Rate                                    10.1520%

| Estimated Market Value $57,338,000 | Billable Assessed Value | | New Tax Rate | | Taxes |
|---|---|---|---|---|---|
| **Tax Before Exemptions And Abatements** | $25,784,820 | X | 10.1520% | = | $2,617,675 |
| **Tax Before Abatements** | $25,784,820 | | | | $2,617,675 |
| **Annual Property Tax** | | | | | $2,617,675 |
| | | | | | |
| **Original Property Tax Billed In June 2011** | $25,784,820 | | | | $2,658,931 |
| **Change In Property Tax Bill Based On New Tax Rate** | | | | | $-41,256 |

### Pay Today The Easy Way
nyc.gov/payonline

### Did Your Mailing Address Change?

If So, Please Visit Us At **nyc.gov/changemailingaddress** Or Call **311**.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.



# NYC Finance

## Quarterly Statement of Account

**Owner Name:** AT&T COMMUNICATIONS, INC.
**Property Address:**
**Borough, Block & Lot:** MANHATTAN (1), 70022, 0191
**Ident Number:** A22-23

**Mailing Address:**
AT AND T. COMMUNICATIONS
P.O. BOX 7207
BEDMINSTER, NJ 07921-7207

### Statement Billing Summary
(Reflects Account Activity From Your Last Statement Through November 18, 2011)

| | |
|---|---|
| Previous Balance | $0.00 |
| Amount Paid | $0.00 |
| Interest | $0.00 |
| **Unpaid Balance, If Any** | **$0.00** |
| Current Amount Due | $0.00 |
| **Total Amount Due By January 3, 2012** | **$0.00** |
| **Overpayments/Credits On Account** | **$30,720.22** |

If you use online banking, update your payment instructions with our new mailing address:
PO Box 680, Newark, NJ 07101-0680

001400.01
2948

page 1 of 2

---

# NYC Finance

THIS STATEMENT IS FOR YOUR INFORMATION ONLY
If You Pay Via On-Line Banking You Must Include This Account Number: 1-70022-0191

**Pay Today The Easy Way**
nyc.gov/payonline

**Total Amount Due By January 3, 2012**      $0.00

#BWNFFBV
#8880930111118010#
4514005685   PRESORT 5685 1 MB 0.390 P1C24
AT AND T. COMMUNICATIONS
P.O. BOX 7207
BEDMINSTER NJ 07921-7207



**Amount Enclosed:**

**If Paying The Easy Way Isn't For You,**
**Mail Payment To:**
NYC Department of Finance
P.O. Box 680
Newark, NJ 07101-0680

8880930111118 01 1700220191 000000000000 000000000000 120103270081001   9



**Finance**

Statement Details

*811 10A* (handwritten)

November 18, 2011
AT&O Communications, Inc.
1-70022-0191
Page 2

| Overpayments/Credits On Account | Activity Date | Date | Amount |
|---|---|---|---|
| Finance-Utility Property | | 01/01/2012 | $0.00 |
| Adopted Tax Rate | | | $-30,720.22 |
| **Total Overpayments/Credits On Account** | | | **$-30,720.22** |

### How We Calculated Your Property Tax For July 1, 2011 Through June 30, 2012

| | Tax Rate | | |
|---|---|---|---|
| Tax Class  4 - Commercial Property | | | |
| Original Tax Rate Billed June 2011 | 10.3120% | | |
| New Tax Rate | 10.1520% | | |

| | Billable Assessed Value | New Tax Rate | Taxes |
|---|---|---|---|
| Estimated Market Value  $42,667,000 | | | |
| Tax Before Exemptions And Abatements | $19,200,150  X | 10.1520%  = | $1,949,199 |
| Tax Before Abatements | $19,200,150 | | $1,949,199 |
| Annual Property Tax | | | $1,949,199 |
| Original Property Tax Billed In June 2011 | $19,200,150 | | $1,979,919 |
| Change In Property Tax Bill Based On New Tax Rate | | | $-30,720 |

### Pay Today The Easy Way
nyc.gov/payonline

### Did Your Mailing Address Change?

If So, Please Visit Us At **nyc.gov/changemailingaddress** Or Call **311**.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.



page 2 of 2