UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>ECF CASE<br><br>Case No. 1:11-cv-04948 (LTS) |

### **DECLARATION OF ROBERT L. MAIER**

I, ROBERT L. MAIER, declare as follows:

1. I am a member of the law firm Baker Botts L.L.P., counsel for Defendants AT&T Inc., AT&T Operations, Inc. and AT&T Services, Inc. (hereinafter referred to as "the AT&T Defendants") in the above-captioned action. I am familiar with the facts in this matter and submit this Declaration in support of AT&T Operations, Inc. and AT&T Services, Inc.'s Reply Memorandum in Support of their Motion to Sever and Transfer (Dkt. No. 47).

2. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Robert Maier to Joshua Raskin, dated April 17, 2012.

NY02:743398.1

1

3. Attached hereto as Exhibit 3 is a true and correct copy of a presentation titled, *Using the Internet Protocol Suite to Build an End-end IPTV Service*, by K.K. Ramakrishnan.

4. Attached hereto as Exhibit 4 is a true and correct copy of a presentation titled, *Towards Automated Performance Diagnosis in a Large IPTV Network*, by Ajay Mahimkar, et al.

5. Attached hereto as Exhibit 5 is an abstract titled, *Modeling User Activities in a Large IPTV System*, by Zihui Ge, et al.

6. Attached hereto as Exhibit 6 is a true and correct copy of the AT&T Defendants' Initial Disclosures, dated December 22, 2011.

I declare under penalty and perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 10, 2012                          /s/ Robert L. Maier
                                                                 Robert L. Maier