# Exhibit 3

Case 1:11-cv-04948-LTS-KNF   Document 93-2   Filed 05/10/12   Page 1 of 13



# Using the Internet Protocol suite to build an end-end IPTV service

K.K. Ramakrishnan
AT&T Labs Research, NJ USA

TECS 2010 – Module 1

© 2007 AT&T Intellectual Property. All rights reserved.

# **DISCLAIMER**

The information provided here is not meant to describe specific AT&T's products or services. The content and material herein are entirely based on the opinions and knowledge of the author and are not meant to convey any opinions of AT&T.

These slides do not reveal any information proprietary to AT&T Business Units, suppliers, customers or business partners.

Most material is based on publicly available information or well-studied networking extrapolations and modeling formulations of public information.

The remainder of material is protected by patents or patent applications licensed by AT&T.



© 2007 AT&T Intellectual Property. All rights reserved.

# A Video Distribution Network based on IP

- AT&T has chosen to build a video distribution network on top of an end-end IP infrastructure
- Alternative approaches adopted by Cable providers and Verizon with FTTH
  - Use IP in the backbone, but seek to use the capacity of the access plant downstream to have a Layer 2 environment
    - Use the bandwidth to distribute channels and depend on "tuning" to access a particular channel
- Having an end-end IP distribution offers both opportunities and challenges
  - Enables integration of multiple applications; evolving from a linear-TV distribution to content distribution may be easier
  - Challenges arise: packet loss and recovery; congestion; channel change



© 2007 AT&T Intellectual Property. All rights reserved.

# IPTV service

- High visibility: direct customer impact.
- Service is very sensitive to delay and packet loss
  - Congestion on links -> packet loss-> video quality impairment
  - Need to tackle multiple failures, which are not very rare
  - Higher layer mechanisms - FEC, retransmission based recovery of lost packets - can handle (with reasonable delays), burst losses of 50 milliseconds
    - Fast restoration is critical

AT&T's IPTV service:
  - 2+ million customers;
  - Triple play: video, internet, and voice



Page 4

# Network backbone

- One Video hub office (VHO) per metro area
- Content is distributed to VHOs using single source sparse mode multicast (PIM-SSM)
  o a separate multicast tree for each channel





# AT&T IPTV Backbone Distribution Infrastructure



# IPTV Network – Example End-to-End Flow

R = Router; E = Ethernet Switch; R/E = Hybrid
GPON = Gigabit Passive Optical Network
SHO = Super Hub Office; VHO = Video Hub Office
IGMP = Internet Group Management Protocol

© 2007 AT&T Intellectual Property. All rights reserved.



# Some Network Characteristics for Providing IPTV

- Streaming video national video stream generally uses MPEG-X for compression/encoding over RTP
    - Use of IP Multicast (PIM-SSM) when possible from SHO to VHO and VHO to IO enables significant transport cost savings
    - Ethernet switches use Internet Group Management Protocol (IGMP)-snooping to change channels and bridge multicast groups to VLANs
- ***Perceived video quality is not highly tolerant of loss***. Example approach:
    - L1/L2 protocols restore vast majority of network failures ≤ 50 ms
    - STB & reliable transport layer protocols to overcome failures ≤ 50 ms
- Instant Channel Change (ICC) popular feature to overcome delay in Multicast group/IGMP change
    - Typically implemented via Unicast IP flow (point-to-point)
- VoD is usually unicast from VHO to STB



Page 8    © 2007 AT&T Intellectual Property. All rights reserved.

# What transport service does an app need?

## Data loss

- some apps (e.g., audio) can tolerate some loss
- other apps (e.g., file transfer, telnet) require 100% reliable data transfer

## Timing

- some apps (e.g., Internet telephony, interactive games) require low delay to be "effective"

## Throughput

- some apps (e.g., multimedia) require minimum amount of throughput to be "effective"
- other apps ("elastic apps") make use of whatever throughput they get

## Security

- encryption, data integrity, …

# Transport service requirements of common apps

| Application | Data loss | Throughput | Time Sensitive |
|---|---|---|---|
| file transfer | no loss | elastic | no |
| e-mail | no loss | elastic | no |
| Web documents | no loss | elastic | no |
| real-time audio/video | loss-tolerant | audio: 5kbps-1Mbps video:10kbps-5Mbps | yes, 100's msec |
| stored audio/video | loss-tolerant | same as above | yes, few secs |
| interactive games | loss-tolerant | few kbps up | yes, 100's msec |
| instant messaging | no loss | elastic | yes and no |

# Internet transport protocols services

## TCP service:

- *connection-oriented:* setup required between client and server processes
- *reliable transport* between sending and receiving process
- *flow control:* sender won't overwhelm receiver
- *congestion control:* throttle sender when network overloaded
- *does not provide:* timing, minimum throughput guarantees, security

## UDP service:

- unreliable data transfer between sending and receiving process
- does not provide: connection setup, reliability, flow control, congestion control, timing, throughput guarantee, or security

Q: why bother? Why is there a UDP?

# Internet apps:  application, transport protocols

| Application | Application layer protocol | Underlying transport protocol |
|---|---|---|
| e-mail | SMTP [RFC 2821] | TCP |
| remote terminal access | Telnet [RFC 854] | TCP |
| Web | HTTP [RFC 2616] | TCP |
| file transfer | FTP [RFC 959] | TCP |
| streaming multimedia | HTTP (eg Youtube), RTP [RFC 1889] | TCP or UDP |
| Internet telephony | SIP, RTP, proprietary (e.g., Skype) | typically UDP |