# Exhibit 4

Case 1:11-cv-04948-LTS-KNF   Document 93-3   Filed 05/10/12   Page 1 of 19



# Towards Automated Performance Diagnosis in a Large IPTV Network

Ajay Mahimkar, Zihui Ge, Aman Shaikh, Jia Wang, Jennifer Yates, Yin Zhang, Qi Zhao

UT-Austin and AT&T Labs-Research
mahimkar@cs.utexas.edu
ACM Sigcomm 2009

1

# Internet Protocol Television (IPTV)

- **Television delivered through IP network**
  - Encoded in series of IP packets

- Rapid deployment by telecom companies
  - New services: quadruple-play (digital voice, TV, data & wireless)
  - More flexibility and interactivity for users

- **One of the largest commercial IPTV deployments in US**
  - By 2008, more than 1 million customers spanning 4 time-zones
  - Supports advanced features
    - Digital video recording (DVR), Video on demand (VoD)
    - High definition (HD) channels, Choice programming

2



# IPTV Characteristics

- **Stringent constraints on reliability and performance**
  - Small packet loss or delay can impair video quality

- **Scale**
  - Millions of devices (routers, servers, RG, STB)
  - Number is growing

- **Complexity**
  - New service
  - New application for native IP multicast
    - Operational experience with IP multicast is limited

# Problem Statement

- **Characterize faults and performance in IPTV networks**
  - What are the dominant issues?
  - Is there spatial correlation between different events?
  - Is there daily pattern of events?

- **Detect and troubleshoot recurring conditions**
  - **Temporal** – repeating over time
    - E.g., recurring poor picture quality at TV
  - **Spatial** – re-occurring across different spatial locations
    - E.g., software crashes at multiple set-top-boxes within a region



> Lots of alarms. How do you identify recurring conditions of interest to network operators?

5

# IPTV Measurement Data

- Customer care call records
  - Trouble tickets related to billing, provisioning, service disruption

- Home network performance / activities
  - User activities: STB power on/off, STB resets, RG reboots
  - Performance/Faults: STB software crashes

- Provider network performance
  - Syslogs at SHO, VHO
  - SNMP (CPU, memory, packet counts) at SHO, VHO, IO, CO
  - Video quality alarms at monitors

# IPTV Characterization

- Data analyzed over 3 months

- Customer Trouble Tickets
  - Performance related issues
  - Sample Live TV video tickets
    - Blue screen on TV
    - Picture freezing
    - Poor video quality
  - Small degree of spatial correlation

| Ticket |
|---|
| Live TV Video |
| Requested info |
| DVR |
| Remote control |
| Equipment |
| High definition (HD) |
| Audio |
| Program guide |
| Video on demand (VoD) |
| Parental Control |
| ⋮ |

Decreasing in frequency

7

# Daily Pattern of Events



Lot of activity between:
- 00:00 and 04:00 GMT (evening prime time)
- 12:00 and 23:59 GMT (day time)

Relatively quiet period between
- 4:00 and 12:00 GMT (customers are sleeping)
- Number of syslogs at SHO/VHO is high. (provisioning and maintenance)

8

# Giza

- First multi-resolution infrastructure
  - Detect and troubleshoot spatial locations that are experiencing serious performance problems
  - Detection
    - Output locations (e.g. VHO, or STB) that have significant event counts
  - Troubleshooting
    - Output list the other event-series that are the potential root-causes



9

# Mining Challenges

- **Massive scale of event-series**
  - Each device (SHO, VHO, RG) can generate lots of event-series
  - Blind mining could easily lead to information snow of results

- **Skewed event distribution**
  - Small frequency counts for majority of events
    - Insufficient sample size for statistical analysis
  - Heavy hitters do not contribute to majority of issues

- **Imperfect timing information**
  - Propagation delay: From event location to measurement process
  - Distributed events: From root of tree (SHO) towards RG

10



# Hierarchical Heavy Hitter Detection

- Identify spatial regions where symptom count is significant
  - E.g., customers in Texas have poor video quality

- Significance test
  - Account for (i) event frequency and (ii) density concentration
  - Null hypothesis: children are drawn independently and uniformly at random from lower locations



IPTV Pyramid Model

12

# Causal Graph Discovery

- First, learn edge directionality
  - Idea: use approximate timing to test statistically precedence
    - Using lag correlation
    - Compute cross-correlations at different time-lags
    - Compare range of positive lags with negative lags
  - Addresses
    - Imperfect timing
    - Auto-correlation within each event-series



*A statistically precedes B*

- Second, condense correlation graph
  - Idea: identify smallest set of events that best explains symptoms
    - Using L1-norm minimization and L1-regularization
  - L1-regularization achieves sparse solution

13

# Giza Experiments

- Validation
  - Select customer trouble tickets as input symptom
  - Apply Giza to identify potential root causes
  - Ground truth: mitigation actions in customer trouble tickets
  - Result: Good match between ground truth and Giza output

  > Majority of tickets explained by home network issues

- Case Study: Provider network events
  - Identify dependencies with customer trouble tickets
  - Result: Giza discovered unknown causal dependency

- Causality Discovery Comparison
  - Ground truth: networking domain knowledge
  - Result: Giza performs better than WISE (Sigcomm'08)

14

# Case Study: Provider Network Events



- Dependency between VRRP packet discards and PIM timeouts was unknown
- Behavior more prevalent within SHO and VHOs near SHO
- We are investigating with operations team

15

# Comparison to Related Literature

|  | Sherlock<br>Kandula et al.<br>Sigcomm'07 | WISE<br>Tariq et al.<br>Sigcomm'08 | Orion<br>Chen et al.<br>OSDI'08 | NICE<br>Mahimkar et al.<br>CoNEXT'08 | NetMedic<br>Kandula et al.<br>Sigcomm'09 | Giza<br>Mahimkar et al.<br>Sigcomm'09 |
|---|---|---|---|---|---|---|
| Original Focus | Enterprise Networks | Content Distribution Networks | Enterprise Networks | ISP Backbone Networks | Enterprise Networks | IPTV Networks |
| Eliminate spurious dependencies |  | YES |  |  |  | YES |
| Achieve sparse solution |  |  |  |  |  | YES |
| Automated edge directionality | YES | YES | YES |  | YES | YES |
| Multi-resolution analysis |  |  |  |  |  | YES |

16

# Conclusions

- **First characterization study in operational IPTV networks**
  - Home networks contribute to majority of performance issues

- **Giza - Multi-resolution troubleshooting infrastructure**
  - Hierarchical Heavy Hitter detection to identify regions
  - Statistical correlation to filter irrelevant events
  - Lag correlation to identify dependency directionality
  - L1-norm minimization to identify best explainable root-causes

- Validation and case studies demonstrate effectiveness

- **Future Work**
  - Troubleshooting home networks
  - Network-wide change detection

17



# Thank You !

18