

WilmerHale

**David B. Bassett**

+1 212 230 6858(t)
+1 212 230 8888(f)
david.bassett@wilmerhale.com

May 29, 2012

Via Facsimile

Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
F: (212) 805-0426



Re:   *Williamson v. Verizon Communications Inc., et al.*, Case No. 1:11-cv-04948-LTS-KNF

Dear Judge Swain:

We represent Verizon Communications Inc., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, Verizon New York Inc., and Verizon Services Corp. (collectively "the Verizon Defendants") in the above-referenced patent infringement action. I write with the consent of all parties to seek an extension of the claim construction briefing deadlines set by Rule 4-5 of the Patent Local Rules of the United States District Court for the Northern District of California, incorporated by reference into the Court's November 3, 2011 Pre-Trial Scheduling Order (D.I. 58 at ¶ 12).

The current deadlines for the parties' claim construction briefs are as follows:

- Plaintiff's Opening Claim Construction Brief: July 5, 2012
- Defendants' Answering and Response Claim Construction Brief: July 19, 2012
- Plaintiff's Reply Claim Construction Brief: July 26, 2012

The parties have agreed to the following modified schedule for claim construction briefing:

- Plaintiff's Opening Claim Construction Brief: July 17, 2012
- Defendants' Answering and Response Claim Construction Brief: August 13, 2012
- Plaintiff's Reply Claim Construction Brief: August 27, 2012

There have been no previous requests for extension of the claim construction briefing deadlines, and the requested extension will not affect other scheduled dates. The Verizon Defendants have conferred with counsel for the other parties in this matter, and all parties have agreed to the modified claim construction briefing schedule as set forth above in order to better accommodate counsels' respective trial schedules in other matters. Accordingly, I respectfully ask the Court to grant this application to modify the claim construction briefing deadlines as set forth above.

WILMERHALE

Honorable Laura Taylor Swain
May 29, 2012
Page 2

Respectfully submitted,

David B. Bassett

cc:     Honorable Kevin N. Fox, Chief Magistrate Judge, United States District Court for
        the Southern District of New York
        Counsel of Record

The request is granted.

SO ORDERED.

NEW YORK, N.Y.

May 30   2012

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE