UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD A. WILLIAMSON, ON BEHALF
OF AND AS TRUSTEE FOR AT HOME
BONDHOLDERS' LIQUIDATING TRUST

Plaintiffs,

v.

VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP.,
VERIZON CORPORATE RESOURCES
GROUP LLC, VERIZON DATA SERVICES
LLC, VERIZON NEW YORK INC.,
AT&T INC., AT&T OPERATIONS, INC.,
AT&T SERVICES, INC.,

Defendants.

CIVIL ACTION

ECF CASE

Case No. 1:11-cv-04948 (LTS) (KNF)

[PROPOSED] ORDER
REGARDING EXPERT
DISCOVERY SCHEDULE

The Court ORDERS as follows:

The Court's November 3, 2011 Pre-Trial Scheduling Order (Dkt. No. 58), items 2(b) and 2(c) pertaining to expert discovery, is modified such that:

Opening expert witness disclosures described in Rule 26(a)(2) will be due 30 days after issuance of the Court's *Markman* ruling. Rebuttal disclosures must be made no later than 45 days after opening disclosures. All expert witness discovery must be completed no later than 45 days after rebuttal disclosures are made.

DATED: 6/18/12

Kevin Nathaniel Fox
The Honorable Judge Kevin N. Fox
United States Magistrate Judge