UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Richard A. Williamson

                Plaintiff,

Case No.  11-cv-4898 (LTS)

-against-

Verizon Communications, Inc., et al.

                Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____David Bassett_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _DB8727_____   My State Bar Number is _4496089_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: _Wilmer Cutler Pickering Hale and Dorr LLP_____
                FIRM ADDRESS: _399 Park Avenue New York, NY 10022_____
                FIRM TELEPHONE NUMBER: _212-230-8800_____
                FIRM FAX NUMBER: _212-230-8888_____

NEW FIRM:   FIRM NAME: _Wilmer Cutler Pickering Hale and Dorr LLP_____
                FIRM ADDRESS: _7 World Trade Center, New York, NY 10007_____
                FIRM TELEPHONE NUMBER: _212-230-8800_____
                FIRM FAX NUMBER: _212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 12, 2012                  _s/ David Bassett_____
                                                                           ATTORNEY'S SIGNATURE