UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. et al.,<br><br>Defendants. | No. 11 Civ. 4948 (LTS)(KNF) |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO
THE AT&T DEFENDANTS' OBJECTION TO JUDGE FOX'S JUNE 29, 2012 ORDER**

Plaintiff Richard A. Williamson, on Behalf of and as Trustee for At Home Bondholders' Liquidating Trust, submits this supplemental response to Defendants AT&T Operations, Inc.'s and AT&T Services, Inc.'s (together, "AT&T's" or "Defendants'") objection to Magistrate Judge Fox's June 29, 2012 Order denying the parties' joint motion to modify the Pre-Trial Scheduling Order to extend the fact discovery deadline from August 3, 2012 to November 6, 2012.

In our response dated July 16, 2012, we pointed out, among other things, that Defendants only very recently produced the vast majority of their documents, thereby making it extremely difficult for us to prepare for the upcoming depositions, the first of which was this past Friday. We now point out that, since July 16, the Verizon defendants produced another 1,613,626 pages of documents and, *today*, we received another 115,582 pages of documents from the AT&T defendants. Accordingly, in the event the Court is inclined to grant any extension, it is respectfully submitted that it should apply to all parties.


Dated: July 23, 2012

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

 /s/ Joshua L. Raskin
Joshua L. Raskin
Paul Hyun
Eric Bitzegaio
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Joshua@blbglaw.com
Eric@blbglaw.com
Phone: (212) 554-1400
Fax: (212) 554-1444

BEIRNE, MAYNARD & PARSONS, LLP

William C. Norvell, Jr. (admitted *pro hac vice*)
Scott D. Marrs (admitted *pro hac vice*)

1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056-3000
Phone: (713) 623-0887
Fax: (713) 960-1527

*Attorneys for Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust*