UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>ECF CASE<br><br>Civil Action No. 1:11-cv-04948 (LTS)(HBP)<br><br>**DECLARATION OF ROBERT L. MAIER IN SUPPORT OF AT&T DEFENDANTS' MOTION TO STRIKE THE DECLARATION AND PRECLUDE TESTIMONY OF PLAINTIFFS' PROFFERED EXPERT, DR. COOPER** |

I, Robert L. Maier, declare as follows:

1. I am a member of the law firm Baker Botts L.L.P., counsel for Defendants AT&T Inc., AT&T Operations, Inc. and AT&T Services, Inc. (hereinafter referred to as "the AT&T Defendants") in the above-captioned action. I am familiar with the facts in this matter and submit this Declaration for the purpose of providing information in support of the AT&T Defendants' motion to strike the declaration and preclude testimony of Plaintiff's proffered expert, Dr. Cooper.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,370,571.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration and Expert Report of Dr. William Cooper dated June 3, 2012.

NY02:748762.1

4. Attached hereto as Exhibit 3 is a true and correct copy of the curriculum vitae of Dr. William Cooper.

5. Attached hereto as Exhibit 4 is a true and correct copy of the deposition transcript of Dr. William Cooper taken on June 20, 2002 in connection with the above-captioned action.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Kevin Jeffay in Support of Defendants' Proposed Claim Constructions for U.S. Patent Nos. 6,370,571, 7,225,275, 7,529,856, and 7,873,749 dated June 4, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of a select portion of a textbook entitled: Computer Networks by Andrew S. Tanenbaum (2d ed. 1989).

8. Attached hereto as Exhibit 7 is a true and correct copy of a select portion of a textbook entitled: Internet Working with TCP/IP, Volume 1, Principles, Protocols and Architecture by Douglas E. Comer (3d ed. 1995).

I declare under penalty and perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 24, 2012				/s/ Robert L. Maier
						Rober L. Maier