# Exhibit 3

# Dr William Cooper

Tel: +1 (646) 827  2483 / +44 (0)207 993 2278 / +44 (0)7834 915849
william.cooper@informitv.com

Media and technology professional with over twenty years experience, specialising in the convergence of broadband and broadcast communications technologies, providing executive level advisory services to organisations from small start-ups to major multinationals. Specialist in network connected television, interactive television, internet protocol television and online video services. Recognised and respected internationally as a leading analyst of developments in digital media. Regular chair, moderator and keynote speaker at international conferences, judge on industry award panels and author of numerous articles and publications in the field.

## ACHIEVEMENTS

- Establishing a successful convergent media consultancy and gaining global recognition
- Chairing international conferences on digital media communications convergence
- Influencing the development of converged broadcast and broadband services
- Introducing information technology service management methodologies for interactive services
- Leading the development and integration of online operations for a major broadcaster
- Migrating digital media services and operations into a purpose built broadcast centre
- Launching interactive television services on digital satellite, terrestrial and cable platforms
- Contributing to the launch of the Freeview digital terrestrial television platform

## ABILITIES

### Leadership
- Providing persuasive strategic vision, focus, inspiration, motivation and direction
- Achieving results through others by means of consultation, collaboration and delegation

### Strategy
- Appreciating and developing the potential for new interactive digital media services
- Realizing new commercial, technical and creative opportunities and business models

### Analysis
- Analysing and solving problems and issues by applying logical and lateral thinking
- Identifying trends and developments by interpreting and presenting relevant data

### Technology
- Understanding and applying developments in digital media technologies
- Specifying, designing and architecting technical solutions to complex problems

### Communication
- Facilitating communication between business, creative and technical communities
- Negotiating at all levels, consulting, influencing and motivating others where appropriate

### Collaboration
- Building social networks of affiliates, associates and professional contacts across industries
- Partnering with leading international organisations to develop mutually beneficial outcomes

### Implementation
- Designing and developing new systems and operational models for digital media operations
- Managing change, migrating systems and transitioning services to new infrastructure

### Delivery
- Managing multi-million pound budgets and high-profile projects with demanding deadlines
- Delivering complex multidisciplinary programmes to deadline, budget, brief and specification

## CAREER

**2004–**      **Chief Executive, informitv**

*Founder of strategic management consultancy and industry think tank specialising in digital communications convergence and interactive media. Internationally recognised for thought leadership in digital media and communications convergence, informitv combines intelligence and insight with a practical understanding of technology and operations.*

- Providing strategic business advice, briefings and practical consultancy and technical support
- Acting as interim executive for new business projects and start-up operations
- Advising organisations on new media opportunities, technology strategy and best practices
- Producing reports, papers and articles, chairing and presenting at international conferences
- Creating business plans and facilitating fundraising, mergers and acquisitions

Clients and customers have included: 3i • Accenture • Access • Advent International • AKO Capital • Ares Capital Europe • Ascent Media • Aviva Investors • Bain & Co • BARB • BBC • Beringea • Boston Consulting Group • BT • Capablue • Channel 4 • Channel 5 • Cox Communications • Credit Suisse • GAM • NHS • Ernst & Young • Fidelity • Harris • IKEA • Intel • ioko • ITV • Lazard • Livestation • MTV Networks Europe • Network Ten, Australia • Nine Network, Australia • Ofcom • Pace • Parvus Asset Management • Permira • Philips • QVC • Red Bee Media • RTÉ • Schroders • Siemens • Silver Lake • TCI Fund Management • Telecom Italia • Telstra • Thales Alenia Space • Turner • TV Genius

**2002–2004**      **Head of Interactive, BBC Broadcast**

*Executive responsible for the entire interactive output of the BBC and commercial clients. The wholly-owned BBC subsidiary was subsequently acquired by an investment consortium for £166 million and now trades as Red Bee Media.*

- Directly responsible for the multi-million pound budget for all interactive operations
- Managed the delivery of all interactive services across multiple channels and platforms
- Migrated staff and services to a purpose-built multi-million pound technical facility

**2000–2002**      **Head of New Media Operations, BBC**

*Senior manager within the BBC New Media & Technology division, operationally responsible for the presentation, delivery and twenty-four hour support of the BBC's online services and the launch of interactive services on satellite, terrestrial and cable television.*

- Launched landmark interactive services across multiple digital television platforms
- Managed the development and delivery of online services through exponential expansion
- Recruited and managed an expanding department of specialist technical and operational staff
- Implemented and maintained BS ISO 9001 quality assurance certification for the department
- Established and documented standards and processes for service level management
- Negotiated contractual service level agreements and key performance indicators

**1997–2000**      **Product Manager, Press Association**

*Reporting to the Operations Director of the New Media division of the national news agency, responsible for developing and launching business to business online and streaming media services, spun out as Ananova and acquired by Orange for £98 million.*

- Developed subscription services for news, features, photo and press release syndication
- Led the conception and delivery of the patented personal news service Ananova
- Launched Ananova and managed the launch event and global media coverage

**1994–1997**      **Managing Director, MiME**

*Co-founder of an award-winning new media production company producing advanced interactive digital video materials specialising in the medical sector.*

- Produced interactive training materials and presentations for international conferences
- Applied digital video and multimedia technology to training in new surgical techniques

| | |
|---|---|
| 1992–1994 | **Multimedia Researcher, University of Leeds** |
| | *Specialist in multimedia, audio and video production and compression technologies, developing online applications for computer based teaching and learning.* |
| | • Pioneered application of digital video for cross-campus computer based learning |
| 1988–1991 | **Broadcast Journalist** |
| | *Freelance broadcast journalist in local and national radio and regional television news, with experience in research, writing, editing, reporting, presenting and announcing.* |

## EDUCATION

| | |
|---|---|
| 1989–1993 | **PhD in Communications** — 'Tele-Texts: Television Texture and Video Literacy' |
| | Institute of Communications Studies, University of Leeds |
| 1987–1988 | **Postgraduate Diploma in Radio Journalism** |
| | LCP, now University of the Arts London |
| 1984–1987 | **BA Hons English** (First Class) |
| | University of Leeds |

## PUBLICATIONS

**Periodicals**

*informitv*, 2004 -. ISSN 1759-8796. Editor of weekly newsletter, *Connected Vision*, distributed to 10,000 subscribers worldwide. Author of more than 2,000 articles.

**Books and published reports**

COOPER, W., LOVELACE, G. 2005. *IPTV: Broadband meets broadcast–The network television revolution*. informitv. ISBN 1-905360-02-9.

COOPER, W., LOVELACE, G. 2006. *IPTV Guide*, informitv, ISBN 1-905360-12-6.

COOPER, W., Ed. 2012. *Connected Television Revealed*, informitv, ISBN 978-1-905360-31-4. Due for publication Summer 2012.

**Peer reviewed papers**

COOPER, W., FARRELL, S. 2003. Service Management for Digital Broadcasting. *IBC Conference Proceedings*. IBC.

COOPER, W. 2005. Integrating Interactivity into Mainstream Broadcasting. *NAB Broadcast Engineering Conference Proceedings*. NAB.

COOPER, W. 2008. Peering into the Future of Digital Media Distribution. *IBC Conference Proceedings*. IBC.

COOPER, W. 2008. The Interactive Television User Experience So Far. UXTV08, Proceedings. Association for Computing Machinery. ISBN 978-1-60558-100-2

COOPER, W. 2009. Peering Ahead: The future of broadcast over broadband. *NAB Broadcast Engineering Conference Proceedings*. NAB.

COOPER, W. 2010. Mixed signals—broadcast and broadband hybrids. *NAB Broadcast Engineering Conference Proceedings*. NAB.

## CONFERENCES

*NAB*, Broadcast Engineering Conference, Las Vegas, United States, 2005, speaker
*Mediacast*, London, 2005, panel chair
*Telco Video*, Amsterdam, 2005, speaker
*Interactive Television Forum*, London, 2005, chair
*AFI Digital Content Lab*, Los Angeles, 2005, speaker, mentor

*IPTV and Telco Triple Play Forum*, Amsterdam, 2006, speaker
*Next-Gen TV*, London, 2006, chair
*DVB-H 2006*, Rome, 2006, panel chair
*IPTV Forum*, Lisbon, 2006, speaker
*AFI Digital Content Lab*, Los Angeles, 2006, mentor
*IPTV Explained*, London, 2006, keynote
*X|Media|Lab*, Melbourne, 2006, speaker, mentor
*IPTV World Forum Awards*, London, 2007, judge
*Mobile TV and Video*, London, 2007, chair
*International Interactive Emmy Awards*, 2007, juror
*Eyes on iTV*, Vaasa, Finland, 2007, keynote speaker
*DVB World*, Dublin, 2007, speaker
*TV Evolution Summit*, Madrid, 2007, chair, workshop leader
*IPTV Outlook*, Munich, 2007, speaker
*New Broadcasting Futures*, Wellington, New Zealand, 2007, keynote speaker
*IBC, Broadcasting Engineering Conference*, Amsterdam, 2007, speaker
*Cable and Satellite Awards*, 2007, judge
*Next-Gen TV conference*, London, 2007, chair
*IPTV*, Institute of Engineering and Technology, London, 2007, speaker
*IPTV Advanced*, London, 2007, keynote speaker
*IPTV World Forum Awards*, London, 2008, judge
*Interactive Advertising Show*, London, 2008, chair
*IPTV Forum Russia*, Moscow, 2008, speaker
*Broadband Connect Summit*, London, 2008, chair
*IBC*, Amsterdam, 2008, speaker
*UXTV* conference, Mountain View, 2008, speaker
*IPTV World Forum Awards*, 2009, judge
*Mobile TV World Forum*, London, 2009, chair
*NAB*, Mobile Super Session, Las Vegas, 2009, moderator
*NAB*, Broadcast Engineering Conference, Las Vegas, 2009, speaker
*Building Digital Britain*, London, 2009, moderator
*Broadband Connect Summit*, London, 2009, chair
*IBC*, Amsterdam, 2009, conference committee, moderator
*Streaming Media Europe*, 2009, keynote
*Online TV and Video Summit*, London, 2009, chair
*Social TV Forum*, London, 2010, panel chair
*Digital Inclusion Conference*, London, 2010, speaker
*IPTV World Forum*, London, 2010, stream chair
*Advanced TV and Multiplatform Advertising Conference*, Amsterdam, 2010, chair
*Connected TV Summit*, London, 2010, chair
*3DTV World Forum*, London, 2010, session chair
*Broadband Connect Summit*, London, 2010, chair
*IBC*, Amsterdam, 2010, producer
*IABM*, London, 2010 speaker
*EBU Broadthinking Seminar*, Geneva, 2011, keynote
*IPTV World Forum Awards*, 2011, judge
*TV Show Australia*, Sydney, 2011, chair
*X|Media|Lab*, Sydney, 2011, speaker
*Connected TV Awards*, 2011, judge
*Streaming Media Europe*, London, 2011, roundtable chair
*CSI Conference, Multimedia Gateways*, London 20122, chair
*OTT World Summit*, London, 2011, chair, workshop leader
*IPTV World Forum Awards*, 2012, judge
*IP&TV World Forum*, London, 2012, session chair
*Social Media World Forum*, London 2012, moderator
*Connected TV Awards*, 2012, judge
*IBC*, Amsterdam, 2012, producer, session chair
*Connected Television Marketing Association*, UK chair

## PATENTS

Character animation. 2007. EP1269465, WO0178067, US6772122, with Jonathan Jowitt and Andrew Burgess, a system and method for generating an animated character from input data. This was a key technology for Ananova, the World's first virtual newscaster, part of a £98 million acquisition by Orange, now part of France Télécom Group.

## OTHER DETAILS

### Research interests
Digital media production and distribution technologies; interactive television; user interface design; open standards; middleware; digital video compression and delivery; internet protocol television; online video services; peer networks; mobile television; communication theory and practice; interactive media; video literacy; social uses of media; communications, narrative and visual perception.

### General interests
Video production and photography; systems and software design and development; user interfaces and user experience.

## REFERENCES

Richard Cooper, Technology Controller, BBC
  *richard.cooper@bbc.co.uk*
Ilse Howling, Managing Director, Freeview
  *ilse.howling@freeview.co.uk*
Richard Lindsay-Davies, Chief Executive Officer, Digital Television Group, UK
  *rdavies@dtg.org.uk*
Ian Mecklenburgh, Director, Consumer Platforms and Devices, Virgin Media
  *ian.mecklenburgh@virginmedia.co.uk*
Jason Romney, Head of Technology Innovation, Telstra
  *jason.romney@team.telstra.com*