UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | No. 11 Civ. 4948 (LTS) (HBP) |

## JOINDER OF VERIZON TO AT&T'S
## MOTION TO STRIKE THE DECLARATION AND PRECLUDE TESTIMONY OF PLAINTIFF'S PROFFERED EXPERT, DR. COOPER

Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc. (collectively, "Verizon"), by its attorneys, hereby join and incorporate by reference the motion to strike the declaration and preclude testimony of Plaintiff's proffered expert, Dr. Cooper and accompanying memorandum of law and declaration in support thereof (collectively, "the motion") filed by Defendants AT&T Operations, Inc. and AT&T Services, Inc. (collectively, "AT&T") on July 24, 2012. [Dkt. No. 110.]

For the reasons set forth in the motion, Verizon respectfully requests that this Court strike the declaration and preclude testimony of Plaintiff's proffered technical expert, Dr. William

ACTIVEUS 98800994v1

- 2 -

Cooper.  Verizon also requests that the Court grant any further and other relief as the Court deems just and proper.

Dated: July 31, 2012

By:  /s/ David B. Bassett
David B. Bassett (DB-8727)
WILMER CUTLER PICKERING HALE AND
      DORR LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com
Phone: (212) 230-8800
Fax: (212) 230-8888

William F. Lee (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND
      DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6556
Fax: (617) 526-5000

Christine E. Duh (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND
      DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: (650) 858-6100

Caren K. Khoo (CK-2972)
VERIZON CORPORATE RESOURCES GROUP LLC
One Verizon Way
Basking Ridge, NJ 07920
Phone: (908) 559-5623
Fax: (908) 766-6974

*Attorneys for Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc.*