UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>    Defendants. | CIVIL ACTION<br><br>ECF CASE<br><br>Case No. 1:11-cv-04948 (LTS)(HP)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that I, Jennifer C. Tempesta, an associate at the law firm of Baker Botts L.L.P, being admitted to practice in this Court, hereby enter an appearance as counsel in the above-captioned action on behalf of Defendants AT&T Inc., AT&T Operations, Inc. and AT&T Services, Inc. and request that I be served with all future filings.

Dated: New York, New York
   August 3, 2012

                   Respectfully submitted,

                   BAKER BOTTS L.L.P.

                   By:/s/ Jennifer C. Tempesta
                     Jennifer C. Tempesta
                     30 Rockefeller Plaza
                     New York, New York 10112
                     Tele: (212) 408-2571
                     Fax: (212) 259-2571
                     jennifer.tempesta@bakerbotts.com

*Attorneys for Defendants AT&T Inc., AT&T Operations, Inc. and AT&T Services, Inc.*

NY02:751121.1

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 3rd day of August 2012, a copy of the foregoing NOTICE OF APPEARANCE was filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                           /s/ Jennifer C. Tempesta  
                                           Jennifer C. Tempesta

NY02:751121.1