**BAKER BOTTS** LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
WASHINGTON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 3 2012

**BY FAX**

August 1, 2012

Richard B. Harper
TEL (212) 408-2675
FAX (212) 259-2475
richard.harper@bakerbotts.com

Hon. Laura Taylor Swain
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

    Re:   *Williamson v. Verizon Communications Inc., et al.,*
          Civil Action No. 11-CV-4948-LTS-HBP (S.D.N.Y.)

Dear Judge Swain:

    We write on behalf of the AT&T Defendants in the above-referenced matter. The AT&T Defendants hereby withdraw AT&T's objections, filed on July 13, 2012 (Dkt. 102), pursuant to Fed. R. Civ. P. 72(a) to Magistrate Judge Fox's June 29, 2012 Order denying the parties' joint motion to extend the fact discovery deadline (Dkt. 100).

    During a teleconference with the parties on July 30, 2012 requested by Magistrate Judge Pitman, Magistrate Judge Pitman considered the schedule in light of new facts and granted the parties' joint request to extend the fact discovery deadline by 60 days (from August 3, 2012 to October 2, 2012). The AT&T Defendants' objections are therefore moot in view of Magistrate Pitman's extension of the fact discovery deadline.

    Please do not hesitate to contact us if there is anything further that the Court requires with respect to the previously filed objections or if the Court would like to discuss the matter.

           Respectfully submitted,

           Richard B. Harper
           *Attorney for AT&T Defendants*

cc:    Counsel of Record (by e-mail)

**SO ORDERED.**

NEW YORK, NY _____

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Aug 2, 2012