# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

**MEMO ENDORSED**

Joshua E. Raskin
Joshua@blbglaw.com
(212) 554-1590

August 1, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 03 2012
```

**Via Facsimile**

Honorable Laura Taylor Swain, District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007

Re:   *Williamson v. Verizon Communications Inc., et al.*, No. 11-cv-04948-LTS-HBP

Dear Judge Swain:

We represent the plaintiff, Richard A. Williamson, on Behalf of and as Trustee For At Home Bondholders' Liquidating Trust ("Plaintiff"), in the above-referenced action. We write with the consent of all parties to seek brief extensions of the deadlines for (1) Plaintiff's opposition to Defendants' Motion to Strike the Declaration and Preclude Testimony of Plaintiff's Proffered Expert, Dr. Cooper (D.I. 110), (2) Defendants' Answering and Responsive Claim Construction Brief; and (3) Plaintiff's Reply Claim Construction Brief.

Pursuant to Local Rule 6.1(b), the deadline for Plaintiff's opposition to Defendants' Motion to Strike the Declaration and Preclude Testimony of Plaintiff's Proffered Expert, Dr. Cooper, is presently August 7, 2012.

Pursuant to the Court's Memo Endorsed Order dated May 31, 2012 (D.I. 95), the present deadlines for the parties' remaining claim construction briefs are as follows:

- Defendants' Answering and Responsive Claim Construction Brief: August 13, 2012
- Plaintiff's Reply Claim Construction Brief: August 27, 2012

**The parties have agreed to the following modified deadlines:**

- **Plaintiff's opposition to Defendants' Motion to Strike the Declaration and Preclude Testimony of Plaintiff's Proffered Expert, Dr. Cooper: August 14, 2012**
- **Defendants' Answering and Responsive Claim Construction Brief: August 23, 2012**

1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212 554-1444



BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Hon. Laura Taylor Swain
August 1, 2012
Page 2

- **Plaintiff's Reply Claim Construction Brief: September 10, 2012**

On May 29, 2012, the parties made a previous request for an extension of the claim construction briefing deadlines, which request was granted. The present extension request will not affect any other scheduled dates. Plaintiff has conferred with counsel for the other parties in this matter, and all other parties have agreed to the modified briefing deadlines as set forth above in order to accommodate, among other things, certain medical issues encountered by counsel for the Plaintiff. Accordingly, we respectfully ask the Court to grant this application to modify the briefing deadlines as set forth above.

Respectfully submitted,

Joshua L. Raskin

cc: Counsel of Record (via email)

*The request is granted.*

SO ORDERED.
NEW YORK, NY
Aug 2, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE