

# O

## O'MELVENY & MYERS LLP

| | Times Square Tower | |
|---|---|---|
| BEIJING | 7 Times Square | NEWPORT BEACH |
| BRUSSELS | New York, New York 10036 | SAN FRANCISCO |
| CENTURY CITY | | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| JAKARTA† | FACSIMILE (212) 326-2061 | SINGAPORE |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |

August 3, 2012

WRITER'S DIRECT DIAL
(212) 326-4305

**BY PERMISSION VIA FACSIMILE**

WRITER'S E-MAIL ADDRESS
gsvirsky@omm.com

The Honorable Henry Pitman
United States Courthouse
500 Pearl St.,
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **AUG 0 7 2012**

Re: *Notice of withdrawal of motion to quash subpoenas to Jacquelyn Crawford Smith and At Home Liquidating Trust in Williamson v. Verizon Communications, Inc., et. al. (no. 11 CIV. 4948 (LTS) (KNF))*

Dear Judge Pitman:

On July 27, 2012, non-parties Jacquelyn Crawford Smith and At Home Liquidating Trust (AHLT) brought a joint motion to quash the subpoenas served upon them by Defendants Verizon Communications, Inc. and AT&T Operations, Inc. in the above-referenced case, because Ms. Smith and AHLT were unavailable to appear for deposition on July 30, the date noticed by Defendants. Per Rule 2.D of Your Honor's Individual Rules of Practice, the motion was served upon all parties but not filed, and courtesy copies were submitted to the Court. Shortly thereafter, Defendants informed counsel for Ms. Smith and AHLT that the Court had agreed to extend the discovery cutoff to October 2. In light of the extension, Defendants agreed to adjourn the depositions of Ms. Smith and AHLT to a mutually agreeable time.

Because the depositions have been adjourned and the issue is now moot, Ms. Smith and AHLT wish to notify the Court that they are withdrawing their motion to quash and have informed Defendants of their decision to do so. They preserve their right to move to quash the subpoenas at a later date should circumstances again compel them to do so.

Respectfully,

Gary Svirsky /R.A.

Gary Svirsky
Attorney for non-parties Jacquelyn Crawford Smith and AHLT