UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

RICHARD A. WILLIAMSON,

        Plaintiff,

    -v-

VERIZON COMMUNICATIONS INC., et al.,

        Defendants.

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 9 2012

11 civ 4948

No.  ~~12 Civ. 1177~~ (LTS)(~~HBP~~)

### ORDER

      A Markman hearing is scheduled in this case for **Monday, November 5, 2012, at 9:30 a.m.** in Courtroom 11C.  The parties are to provide witness lists and marked exhibits to each other and to the Court by October 29, 2012.

      SO ORDERED.

Dated: New York, New York
      August 8, 2012

                           _____
                           LAURA TAYLOR SWAIN
                           United States District Judge