UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. et al.,<br><br>Defendants. | No. 11 Civ. 4948 (LTS)(HBP) |

**DECLARATION OF JOSHUA L. RASKIN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO THE AT&T DEFENDANTS' MOTION TO STRIKE
THE DECLARATION AND PRECLUDE THE TESTIMONY OF PLAINTIFF'S
<u>EXPERT, DR. WILLIAM COOPER</u>**

I, Joshua L. Raskin, declare as follows:

1. I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for plaintiff Richard A. Williams, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust. I am a member in good standing of the bars of New York State and this Court. I submit this declaration in support of Plaintiff's Opposition to the AT&T Defendants' Motion to Strike the Declaration and Preclude the Testimony of Plaintiff's Expert, Dr. William Cooper.

2. Attached as Exhibits A and B are true and correct copies of the following documents:

   Exhibit A:  The Supplemental Declaration of Dr. William Cooper; and

   Exhibit B:  Selected portions of the transcript of the deposition of Dr. William Cooper, dated June 12, 2012.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed August 14, 2012

_____
Joshua Raskin