# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

Joshua L. Raskin
joshua@blbglaw.com
(212) 554-1590

**MEMO ENDORSED**

August 14, 2012

**Via Facsimile**

Honorable Laura Taylor Swain, District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 15 2012

Re: *Williamson v. Verizon Communications Inc., et al.*, No. 11-cv-04948-LTS-KNF

Dear Judge Swain:

We represent the plaintiff, Richard A. Williamson, on Behalf of and as Trustee For At Home Bondholders' Liquidating Trust ("Plaintiff"), in the above-referenced action. We write with the consent of all parties to seek brief ***one-day*** extensions of the deadlines for (1) Plaintiff's opposition to Defendants' Motion to Strike the Declaration and Preclude Testimony of Plaintiff's Proffered Expert, Dr. Cooper (D.I. 110), (2) Defendants' Answering and Responsive Claim Construction Brief, and (3) Plaintiff's Reply Claim Construction Brief.

Pursuant to the Court's Memo Endorsed Order dated August 2, 2012 (D.I. 116), the present deadlines for the above-noted briefs are:

- Plaintiff's Opposition to Defendants' Motion to Strike the Declaration and Preclude Testimony of Plaintiff's Proffered Expert, Dr. Cooper: August 14, 2012
- Defendants' Answering and Responsive Claim Construction brief is August 23, 2012
- Plaintiff's Reply Claim Construction Brief: September 10, 2012

The parties have agreed to the following modified deadlines.

- Plaintiff's opposition to Defendants' Motion to Strike the Declaration and Preclude Testimony of Plaintiff's Proffered Expert, Dr. Cooper: August 15, 2012
- Defendants' Answering and Responsive Claim Construction Brief: August 24, 2012
- Plaintiff's Reply Claim Construction Brief: September 11, 2012

1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Hon. Laura Taylor Swain
August 14, 2012
Page 2

  The parties made two previous requests for an extension of the claim construction briefing deadlines, on May 29, 2012 and August 1, 2012, which requests were granted. The parties also made a previous request for an extension of the deadline for Plaintiff's Opposition to Defendants' Motion to Strike on August 1, 2012, which request was granted. The present extension request will not affect any other scheduled dates. Plaintiff has conferred with counsel for the other parties in this matter, and all other parties have agreed to the modified briefing deadlines as set forth above in order to accommodate an unexpected medical issue encountered by counsel for the Plaintiff. Accordingly, we respectfully ask the Court to grant this application to modify the briefing deadlines as set forth above.

            Respectfully submitted,

            *Joshua Raskin* /PJH

            Joshua L. Raskin

cc: Counsel of Record (via email)

*The request is granted.*

SO ORDERED.

NEW YORK, NY
Aug 15, 2012

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE