UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., and AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 1: 11-CV-4948-LTS-HBP |

## APPEARANCE OF COUNSEL

To:     The Clerk of Court and All Parties of Record

I am admitted to practice in this Court, and I appear in this case as counsel for the following Defendants: Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, and Verizon New York Inc.

Date:  August 15, 2012

_____
Caren K. Khoo (CK-2972)
VERIZON CORPORATE RESOURCES GROUP LLC
One Verizon Way, VC54N073
Basking Ridge, NJ 07920
Email: caren.khoo@verizon.com
Tel.: (908) 559-5668
Fax: (908) 766-6974