# BAKER BOTTS LLP

August 23, 2012

**BY FACSIMILE**

MEMO ENDORSED

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
WASHINGTON

Richard Harper
TEL +1 212-408-2675
FAX +1 212-259-2675
richard.harper@bakerbotts.com

The Honorable Laura Taylor Swain
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

Re: *Williamson v. Verizon Communications Inc. et al.*, Case No. 1:11-cv-04948 (LTS)

Dear Judge Swain:

We represent Defendants AT&T, Inc., AT&T Operations, Inc., and AT&T Services, Inc. ("AT&T") in the above-referenced action, and write to request permission to file confidential documents under seal. No protective order has yet been entered in this case, though the parties are actively preparing and conferring on a form of stipulated protective order to be submitted for the Court's consideration.

AT&T is filing their responsive claim construction brief on August 24, 2012. One of the exhibits AT&T seeks to submit in support has been designated Confidential Information. We respectfully request that the Court enter an Order permitting AT&T to file the exhibit under seal.

AT&T has good cause for this request because the exhibit contains information designated confidential by Plaintiff. AT&T has conferred with counsel for Plaintiff in good faith and Plaintiff does not oppose this request for under seal filing.

Respectfully submitted,

Richard Harper

RH:jpm

cc: All Counsel of Record (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 7 2012

The request is granted. Defendants to file redacted versions of relevant documents on ECF.

NEW YORK, NY
08/27, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NY02:752863.1