UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. et al.,<br><br>Defendants. | No. 11 Civ. 4948 (LTS)(HBP) |

**DECLARATION OF JOSHUA L. RASKIN IN SUPPORT OF**
**PLAINTIFF'S REPLY CLAIM CONSTRUCTION BRIEF**

I, Joshua L. Raskin, declare as follows:

1. I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for plaintiff Richard A. Williams, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust. I am a member in good standing of the bars of New York State and this Court. I submit this declaration in support of Plaintiff's Reply Claim Construction Brief.

2. Attached as Exhibits 1 through 11 are true and correct copies of the following documents:

Exhibit 1: Selected portions of the Declaration of Dr. Kevin Jeffay in Support of Defendants' Proposed Claim Constructions for U.S. Patent Nos. 6,370,571, 7,225,275, 7,529,856, and 7,873,749, dated June 4, 2012;

Exhibit 2: Selected portions of the transcript of the deposition of Kevin Jeffay, Ph.D., dated June 12, 2012;

Exhibit 3: Selected portions of the transcript of the deposition of Dr. William Cooper, dated June 20, 2012;

Exhibit 4: Selected portions of the Declaration and Expert Report of Dr. William Cooper, dated June 3, 2012;

Exhibit 5: Selected portions of M. Korkea-aho, *Scalability In Distributed Multimedia Systems* (Nov. 5, 1995);

Exhibit 6: Selected portions of the transcript of the deposition of Dan McKernan, dated July 31, 2012;

Exhibit 7: Selected portions of the transcript of the deposition of Warren Van Camp, dated July 23, 2012;

Exhibit 8: Selected portions of the transcript of the deposition of Brian Hoffman, dated July 30, 2012;

Exhibit 9: Selected portions of the transcript of the deposition of James Okamoto, Ph.D., dated July 31, 2012;

Exhibit 10: Selected portions of James E. Donnelley, *WWW Media Distribution via Hopwise Reliable Multicast*, 27 Computer Networks and ISDN Systems 781-88 (1995)

Exhibit 11:   Selected portions of RFC 1112, *Host Extensions for IP Multicasting* (1989), found at http://www.ietf.org/rfc/rfc1112.txt.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed September 10, 2012

_____
Joshua Raskin