UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X



RICHARD A. WILLIAMSON, ON          :
BEHALF OF AND AS TRUSTEE FOR
AT HOME BONDHOLDERS'               :
LIQUIDATING TRUST,
                                   :
                    Plaintiff,         11 Civ. 4948 (LTS)(HBP)
                                   :
    -against-                          ORDER
                                   :
VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP., VERIZON    :
CORPORATE RESOURCES GROUP LLC,
VERIZON DATA SERVICES LLC,         :
VERIZON NEW YORK, INC.,
AT&T INC., AT&T OPERATIONS, INC.,  :
AT&T SERVICES, INC.,
                                   :
                    Defendants.
                                   :
------------------------------------X

          PITMAN, United States Magistrate Judge:

          I write to memorialize the rulings I made during tape-

recorded conference calls conducted on July 27 and July 30, 2012,

and to address additional issues that the parties have raised

since those calls:

          1.   The fact discovery deadline is extended to

October 2, 2012.

          2.   The AT&T defendants' application to make a

spoliation motion is granted.  Defendants shall serve

their motion no later than October 16, 2012; plaintiff

shall serve his opposition brief no later than November 6, 2012; defendants shall serve their reply briefs no later than November 20, 2012.  Defendants are directed to coordinate with each other in an effort to limit redundancy between their briefs.

3.  The AT&T defendants' objection to topic 13 of plaintiff's Rule 30(b)(6) notice is sustained.

4.  Plaintiff's letter application for reconsideration of my decision sustaining the AT&T defendants' objection to topic 13 of plaintiff's 30(b)(6) notice is sustained.  Plaintiff has failed to identify any controlling law or facts that were called to my attention in connection with the initial application that were overlooked; there is, therefore, no basis for reconsideration.

5.  Plaintiff's application for leave to move to amend its infringement contentions is granted.  Plaintiff is directed to make its motion as soon as practicable.

6.  A conference call will be held on October 1, 2012 at 2:00 p.m. to discuss the parties' dispute

concerning the protective order.[1]  In that regard, I
note that plaintiff is correct that the burden is on
the party seeking the protective order to show good
cause for the order.  Thus, the possible absence of
prejudice to plaintiff is immaterial in the absence of
an initial showing of good cause for the protection
sought.  Among the central questions the parties' joint
letter did not answer are:  (1) what is the specific
nature of the non-public financial information from
which Williamson is sought to be excluded and (2) how
would disclosure of that information to Williamson
result in competitive or other injury to an AT&T en-
tity.

Dated:  New York, New York
        September 26, 2012

                                SO ORDERED

                                _____
                                HENRY PITMAN
                                United States Magistrate Judge

_____

        [1]If any attorney is unable to participate in a conference
call on the date and time indicated, he or she is to confer with
all other counsel to identify three other dates and times that
are convenient to all attorneys during the week of October 1,
2012.  Counsel seeking the adjournment is then to advise my
Deputy, Mr. Bruce Hampton ((212) 805-6112) of those alternative
dates and times.

Copies transmitted to:

Brian T. Bagley, Esq.
William C. Norvell, Jr., Esq.
Beirne, Maynard & Parsons, LLP
Suite 2500
1300 Post Oak Blvd.
Houston, Texas 77056-3000

Chad Johnson, Esq.
Joshua L. Raskin, Esq.
Bernstein, Litowitz,
  Berger & Grossman, LLP
1285 Avenue of the Americas
New York, New York 10019

Scott D. Marrs, Esq.
Beranbaum, Menken, Ben-Asher,
  & Bierman LLP
80 Pine Street
32nd Floor
New York, New York 10005

Omar A. Khan, Esq.
Christine Duh, Esq.
Jane Y. Huang, Esq.
John P. Pettit, Esq.
Wilmer, Cutler, Pickering,
  Hale & Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

William F. Lee, Esq.
Wilmer, Cutler, Pickering,
  Hale & Dorr, LLP (MA)
60 State Street
Boston, Massachusetts 02109

David B. Bassett, Esq.
Wilmer, Cutler, Hale
  & Dorr, LLP (NYC)
399 Park Avenue
New York, New York 10022

Victor F. Souto, Esq.
Wilmer, Cutler, Pickering,
  Hale & Dorr LLP (NYC)
7 World Trade Center
New York, New York 10007

Olubukola Aina, Esq.
Verizon Corporate Resources Group LLC
9th Floor
1320 North Courthouse Road
Arlington, Virgina 22201

Richard B. Harper, Esq.
Robert L. Maier, Esq.
Baker Botts LLP (NY)
30 Rockefeller Plaza
44th Floor
New York, New York  10112

Bryant C. Boren , Jr., Esq.
Kevin E. Cadwell, Esq.
Baker Botts LLP (CA)
620 Hansen Way
Pailo Alto, California  94304

Kurt M. Pankratz, Esq.
Baker Botts LLP (Dallas)
Suite 600
2001 Ross Avenue
Dallas, Texas  75201