UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard A. Williamson, on Behalf of and as Trustee for At Home Bondholders' Liquidating Trust,<br><br>      Plaintiff,<br><br>   v.<br><br>Verizon Communications, Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, Verizon New York, Inc., AT&T, Inc., AT&T Operations, Inc., and AT&T Services, Inc.,<br><br>      Defendants. | No. 11 Civ. 4948 (LTS) (HBP) |

## NOTICE OF WITHDRAWAL

TO:  The Clerk of the Court and All Parties of Record:

  PLEASE TAKE NOTICE THAT Christopher Chad Johnson hereby withdraws as counsel of record.  Bernstein Litowitz Berger & Grossmann LLP will continue to represent Plaintiff.

Dated: October 1, 2012        Respectfully submitted,

                  /s/ Joshua L. Raskin
                  BERNSTEIN LITOWITZ BERGER
                    & GROSSMANN LLP
                  Joshua L. Raskin (JR-4613)
                  Paul Hyun (PH-9277)
                  Eric Bitzegaio (EB-1024)
                  1285 Avenue of the Americas, 38th Floor
                  New York, NY 10019
                  Joshua@blbglaw.com
                  Paul@blbglaw.com
                  Eric@blbglaw.com
                  Phone: (212) 554-1400

Fax: (212) 554-1444

William C. Norvell, Jr. (admitted *pro hac vice*)
Scott D. Marrs (admitted *pro hac vice*)
BEIRNE, MAYNARD & PARSONS, LLP
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056-3000
Phone: (713) 623-0887
Fax: (713) 960-1527

*Attorneys for Plaintiff Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust*