# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

Joshua L. Raskin
212-554-1533
Joshuar@blbglaw.com

October 9, 2012

**By Facsimile**

The Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2012
```

**MEMO ENDORSED**

Re: *Williamson v. Verizon, et al.*, Case No. 1:11-cv-4948-LTS-HBP

Dear Judge Swain:

We represent Plaintiff Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust, ("Plaintiff") in the above-referenced action, and write to respectfully request permission to file documents containing confidential information under seal. A protective order has not yet been entered in this case, although the parties are actively preparing and conferring on a form of a stipulated protective order to be submitted for the Court's consideration.

We are filing a motion to amend Plaintiff's Patent L.R. 3-1 infringement contentions pursuant to the Court's grant of our application for leave to move to amend on September 27, 2012 (D.I. 138). The memorandum in support of our motion to amend and one of the exhibits that we seek to submit contains information that has been designated highly confidential. Plaintiff has good cause for this request because this information has been designated highly confidential by the AT&T defendants. We have conferred with counsel for the AT&T defendants in good faith and AT&T does not oppose this request to file under seal.

Respectfully submitted,

Joshua L. Raskin

*The request is granted. A redacted copy of the Memorandum must be filed on ECF.*

SO ORDERED.

NEW YORK, NY 10/9/12
LAURA TAYLOR SWAIN
U.S. DISTRICT JUDGE

cc: Counsel of Record (via email)

1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE: 212 554 1400 • www.blbglaw.com • FACSIMILE 212-554-1444