UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK, INC., AT&T, INC., AT&T OPERATIONS, INC., AND AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO. 1:11-CV-4948-LTS-HBP<br><br>**PLAINTIFF'S NOTICE OF MOTION TO AMEND ITS PRELIMINARY INFRINGEMENT CONTENTIONS** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum in Support of Plaintiff's Motion to Amend its Preliminary Infringement Contentions, Plaintiff Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust, ("Plaintiff") by its counsel, moves this Court before the Honorable Laura Taylor Swain, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an order granting leave of the Court for Plaintiff to amend its Preliminary Infringement Contentions against defendants AT&T Inc., AT&T Operations, Inc., and AT&T Services, Inc. (collectively,

"AT&T"), for good cause, pursuant to Patent L.R. 3-6 and the Court's September 27, 2012 Order (D.I. 138).

Pursuant to Rule 2.B of the Court's Individual Practices, prior to making this motion, counsel for Plaintiff made best efforts to resolve informally the matters raised in this motion by discussing them with counsel for AT&T.

Dated: October 10, 2012

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

_____
Joshua L. Raskin
Paul Hyun
Eric Bitzegaio
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Joshua@blbglaw.com
Eric@blbglaw.com
Phone: (212) 554-1400
Fax: (212) 554-1444

BEIRNE, MAYNARD & PARSONS, LLP
William C. Norvell, Jr. (admitted *pro hac vice*)
Scott D. Marrs (admitted *pro hac vice*)
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056-3000
Phone: (713) 623-0887
Fax: (713) 960-1527

*Attorneys for Plaintiff Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust*