**BAKER BOTTS** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 2 2012

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX +1 212.408.2501
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
WASHINGTON

October 15, 2012

**BY FACSIMILE**

Richard Harper
TEL  +1 212.408.2675
FAX +1 212.259.2675
richard.harper@bakerbotts.com

The Honorable Laura Taylor Swain
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

Re:    *Williamson v. Verizon Communications Inc. et al.*, Case No. 1:11-cv-04948 (LTS)

Dear Judge Swain:

We represent Defendants AT&T, Inc., AT&T Operations, Inc., and AT&T Services, Inc. ("AT&T") in the above-referenced action, and jointly write to request permission to file confidential documents under seal with the Verizon Defendants. No protective order has yet been entered in this case, though the parties are actively preparing and conferring on a form of stipulated protective order to be submitted for the Court's consideration.

Defendants are filing a motion for spoliation sanctions on October 16, 2012. The memorandum of law and certain exhibits Defendants seek to submit in support have been designated Confidential Information. We respectfully request that the Court enter an Order permitting Defendants to file their brief and exhibits under seal.

Defendants have good cause for this request because the memorandum of law and exhibits contain information that has designated confidential. Defendants have conferred with counsel for Plaintiff in good faith and Plaintiff does not oppose this request for under seal filing.

Respectfully submitted,

Richard Harper

*The request is granted. redacted copies must be filed on the ECF system.*

RH:jpm

cc:    All Counsel of Record (via email)

SO ORDERED.

NEW YORK NY
Oct 18  012

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE