BEIRNE, MAYNARD & PARSONS, L.L.P.

1300 POST OAK BOULEVARD

SUITE 2500

HOUSTON, TEXAS 77056-3000

WILLIAM C. NORVELL, JR.
PARTNER

(713) 623-0887

FAX (713) 960-1527

DIRECT DIAL: 713-960-7362
EMAIL: WNORVELL@BMPLLP.COM

October 31, 2012

Hon. Laura Taylor Swain
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

*Via Facsimile: 212-805-0426*
*Via: ECF*

Hon. Lewis A. Kaplan
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 21B
New York, New York 10007

*Via Facsimile: 212-805-0106*
*Via: ECF*

Re: Williamson v. Verizon Communications, Inc., et al., Cause No. 1:11-CV-04948-LTS

Dear Judges Swain and Kaplan:

I am writing to each of you with the permission of and at the request of both plaintiff and defendants.

The Court has scheduled the Markman Hearing in this case for this coming Monday, November, 5, 2012, at 9:30 a.m. At the time of the writing of this letter, and as you are well aware, Hurricane Sandy has caused considerable damage in the New York City area. The Federal Courthouse has been closed all this week, and will remain closed through this coming Friday. The New York offices of all counsel of record have been closed. The attorneys who are preparing for the hearing must do so, if at all, at their homes, and other safe locations, without benefit or access to many documents and other resources needed for adequate preparations. The timing for re-opening of these offices remains in doubt. Some of the attorneys who will attend this hearing must fly to New York City, with flight departure confirmations seriously in doubt. The parties' expert witnesses must also travel to New York City, and one must do so from overseas.

In view of the serious situations resulting from Hurricane Sandy and its aftermath, the parties respectfully request that the Court postpone the scheduled Markman Hearing, to a future date convenient to the Court.

1632191v.1 IMANAGE 105291

Hon. Laura Taylor Swain
Hon. Lewis A. Kaplan
October 31, 2012
Page 2

Respectfully submitted:

William C. Norvell, Jr.
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd. Suite 2500
Houston, Texas, 77056
713-960-7362
wnorvell@bmpllp.com

ATTORNEY FOR PLAINTIFF

CC: All counsel of record.