USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/12

BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 POST OAK BOULEVARD
SUITE 2500
HOUSTON, TEXAS 77056-3000
(713) 623-0887
FAX (713) 960-1527

WILLIAM C. NORVELL, JR.
PARTNER

DIRECT DIAL (713) 960-7362
EMAIL: WNORVELL@BMPLLP.COM

*Sent to Judge Swain by mistake on 10/23/12*

October 23, 2012

**Via Facsimile**

The Hon. Henry B. Pitman, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Williamson v. Verizon Communications Inc., et al.*, No. 11-cv-04948-LTS-KNF

Dear Magistrate Judge Pitman:

We represent the plaintiff, Richard A. Williamson, on Behalf of and as Trustee for At Home Bondholders' Liquidating Trust ("Plaintiff"), in the above-referenced action. We write with the consent of all parties to seek brief extensions of the deadlines for (1) Plaintiff's Response in Opposition to Defendants' Motion for Spoliation Sanctions, and (2) Defendants' Reply in Support of Their Motion for Spoliation Sanctions.

Pursuant to the Court's September 26, 2012 Order, the deadline for Plaintiff's Response in Opposition to Defendants' Motion for Spoliation Sanctions is currently November 6, 2012, and the deadline for Defendants' Reply in Support of Their Motion for Spoliation Sanctions is presently November 20, 2012.

The parties have agreed to the following modified deadlines:

- Plaintiff's Response in Opposition to Defendants' Motion for Spoliation Sanctions: due **November 16, 2012**; and

- Defendants' Reply in Support of Their Motion for Spoliation Sanctions: due **December 10, 2012**.

The present extension request will not affect any other scheduled deadlines, and it is being sought to allow Plaintiff adequate time to address the allegations contained in Defendants'

BEIRNE, MAYNARD & PARSONS, L.L.P.
AUSTIN • DALLAS • HOUSTON • NEW ORLEANS • SAN ANTONIO

*THE SCHEDULE SET FORTH HEREIN IS APPROVED.*

SO ORDERED

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
11-5-12

10/25/2012 16:03 FAX  7139601527          BEIRNE MAYNARD PARSONS                    ☒003/003

Magistrate Judge Pitman
October 23, 2012
Page 2

Motion for Spoliation Sanctions while also preparing for the upcoming *Markman* hearing. Accordingly, the parties respectfully ask the Court to grant this application to modify the briefing deadlines as set forth above.

                                            Respectfully submitted,

                                            /s/ William C. Norvell, Jr.

                                            William C. Norvell, Jr.

cc: All Counsel of Record [*via e-mail*]