D$F

# WILMERHALE

**David B. Bassett**

+1 212 230 8359 (t)
+1 212 230 8888 (f)
david.bassett@wilmerhale.com

November 7, 2012

**Via Facsimile**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 8 2012
```

Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007-1312
F: (212) 305-0426

Re:   *Williamson v. Verizon Communications Inc., et al.*, Case No. 1:11-cv-04948-LTS-KNF

Dear Judge Swain:

   I am writing on behalf of the Verizon Defendants regarding the re-scheduling of the Markman Hearing. As indicated in the parties' letters to you dated November 5, 2012, all of the parties (including Verizon) previously proposed November 27, December 6, and December 10 for the re-scheduled hearing and expressed a preference for December 6, 2012. In light of new information regarding the trial schedule of Verizon's lead counsel, Bill Lee, Verizon is writing to inform the Court that its preference is now December 10, 2012. (Mr. Lee is available on December 10 but not on November 27 or December 6.). Verizon has informed counsel for Plaintiff and AT&T about this change in its preference, and neither object to Verizon's notifying the Court of a change in preference date. To the extent the Court would prefer to hold the Markman Hearing on one of the other two proposed dates, Verizon will accommodate the Court's preference.

Respectfully submitted,

*/s/ David Bassett/* CD

David B. Bassett

cc:   Counsel of record (via email)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington