**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 POST OAK BOULEVARD
SUITE 2500
HOUSTON, TEXAS 77056-3000

WILLIAM C. NORVELL, JR.
PARTNER

(713) 623-0887
FAX (713) 960-1527

DIRECT DIAL (713) 960-7362
EMAIL: WNORVELL@BMPLLP.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/12

November 14, 2012

*THE SCHEDULE PROPOSED HEREIN IS APPROVED.*

**Via Facsimile**

The Hon. Henry B. Pitman, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED**

_/s/ Henry Pitman_
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
11-16-12

Re:  *Williamson v. Verizon Communications Inc., et al.*, No. 11-cv-04948-LTS-KNF

Dear Magistrate Judge Pitman:

We represent the plaintiff, Richard A. Williamson, on Behalf of and as Trustee for At Home Bondholders' Liquidating Trust ("Plaintiff"), in the above-referenced action. We write with the consent of all parties to seek further extension of the deadlines for (1) Plaintiff's Response in Opposition to Defendants' Motion for Spoliation Sanctions, and (2) Defendants' Reply in Support of Their Motion for Spoliation Sanctions, due to complications associated with Hurricane Sandy.

Pursuant to the Court's endorsement on November 7, 2012 of the parties' previous letter requesting extension, the deadline for Plaintiff's Response in Opposition to Defendants' Motion for Spoliation Sanctions is currently November 16, 2012, and the deadline for Defendants' Reply in Support of Their Motion for Spoliation Sanctions is presently December 10, 2012.

The parties have agreed to the following modified deadlines:

- Plaintiff's Response in Opposition to Defendants' Motion for Spoliation Sanctions: due **November 21, 2012**; and

- Defendants' Reply in Support of Their Motion for Spoliation Sanctions: due **December 14, 2012.**

The present extension request will not affect any other scheduled deadlines, and it is being sought to allow Plaintiff adequate time to address the allegations contained in Defendants'

11/14/2012 16:42 FAX   7139601527                BEIRNE,MAYNARD&PARSONS                    ☒003/003

Magistrate Judge Pitman
November 14, 2012
Page 2

Motion for Spoliation Sanctions, taking into account the exigent circumstances caused by Hurricane Sandy. Accordingly, the parties respectfully ask the Court to grant this application to modify the briefing deadlines as set forth above.

                                                       Respectfully submitted,

                                                       /s/ William C. Norvell, Jr.

                                                       William C. Norvell, Jr.

cc: All Counsel of Record [*via e-mail*]

1638419v.1 IMANAGE 105291