USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED **NOV 2 1 2012**

BEIRNE, MAYNARD & PARSONS, L.L.P.

HOUSTON, TEXAS 77056-3000

November 19, 2012

Hon. Laura Taylor Swain
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

*Via Facsimile: 212-805-0426*

**MEMO ENDORSED**

Re:   *Williamson v. Verizon Communications, Inc., et al.*, Cause No. 1:11-CV-04948-LTS-HBP

Dear Judge Swain:

We represent Plaintiff Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust ("Plaintiff") in the above-referenced action, and write to respectfully request permission to file documents containing confidential information under seal. A protective order has not yet been entered in this case, although the parties are actively preparing and conferring on a form of a stipulated protective order to be submitted for the Court's consideration.

We are filing *Plaintiff's Memorandum in Opposition to Defendants' Motion for Spoliation Sanctions* (along with exhibits), which is due this Wednesday, November 21, 2012. The Memorandum in Opposition and certain exhibits contain information that has been designated as "Confidential." We therefore respectfully request that the Court enter an Order permitting Plaintiff to file its Memorandum and brief under seal.

Plaintiff has good cause for this request because this information has been designated as confidential. We have conferred with Defendants in good faith, and Defendants do not oppose this request to file under seal.

*The request is granted. A redacted version must be filed on ECF.*

SO ORDERED.

NEW YORK

**NOV 20 2012**

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully requested,

Brian T. Bagley

Hon. Laura Taylor Swain
November 19, 2012
Page 2

cc: All counsel-of-record [via e-mail].