

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 5 2012

# WILMERHALE

November 30, 2012

**David B. Bassett**

+1 212 230 8858(t)
+1 212 230 8838(f)
david.bassett@wilmerhale.com

**Via Facsimile**

Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
F: (212) 805-0426

**MEMO ENDORSED**

Re: *Williamson v. Verizon Communications Inc., et al.*, Case No. 1:11-cv-04948-LTS-KNF

Dear Judge Swain:

We represent Verizon Communications Inc., Verizon Corporate Resources Group LLC, Verizon Data Services LLC, Verizon New York Inc., and Verizon Services Corp. (collectively "the Verizon Defendants") in the above-referenced patent infringement action.

I write on behalf of all parties to request the installation of the following courtroom equipment for purposes of the *Markman* hearing on December 10, 2012:

- Projector,
- Central monitor or screen (across from the jury box) for those seated at counsels' tables,
- Public monitor or screen (in the public seating area) for client representatives and members of the public,
- Document camera,
- 4-way switch for switching between the document camera and counsels' laptops, and
- Speakers for counsels' tables.

We have conferred with the Office of Courtroom Technology and Audio Visual Services, who indicated that, with the Court's authorization, they will install the requested equipment on or before December 10, 2012.

Respectfully submitted,

*[signature]*

David B. Bassett

cc: Counsel of Record

The request is granted.

SO ORDERED.

*[signature]* 12/5/2012
LAURA TAYLOR SWAIN
DISTRICT JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington