

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN THE MATTER OF AN APPLICATION
TO BRING AN ELECTRONIC DEVICE(S)
INTO THE DANIEL PATRICK MOYNIHAN      Order No. _____
UNITED STATES COURTHOUSE
FOR USE IN A TRIAL OR PROCEEDING
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I hereby authorize the following attorneys to bring the General Purpose Computer Devices ("GPCD") listed below into the Courthouse for use in a proceeding in the action entitled *Richard A. Williamson v. Verizon Communications, Inc., et al.*, Case No. 11-cv-4948-LTS-HSP, which is anticipated to begin and end on December 10, 2012

| Attorney | Devices |
| --- | --- |
| 1. Kurt M. Pankratz<br>2. Jennifer Tempesta | Collectively: Two (2) laptop computers; additional connecting and power cables, adapters, IO switch, extension cord, surge protector, computer mouses, and USB flash drive. |

      The attorneys identified in this Order must present a copy of this Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic devices lack (a) capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sound or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on the revise side of this page.

      This order does not authorize the attorneys listed above to bring GPCDs into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

SO ORDERED.

Dated: 12/5/2012

_____
United States Judge

RECEIPT ACKNOWLEDGED

_____
Chair (or designee), Technology Committee

## ADDITIONAL PROVISIONS

1.  The term General Purpose Computing Device ("GPCD") as used in this Order is defined as set forth in Local Civil Rule 1.8.

2.  GPCD screens and monitors are limited to one screen or monitor per GPCD and shall not obstruct vision or otherwise interfere with the proceedings.

3.  Printers, scanners and other noise-emitting devices shall not be connected to authorized GPCDs while GPCDs are in a courtroom.

4.  No GPCD shall be connected to the Court's computer network or any device connected thereto. No GPCD that is connected to a court reporter's device for the purpose of receiving a real-time feed may be networked with any other GPCD or Personal Electronic Device.