UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RICHARD A. WILLIAMSON, ON BEHALF
OF AND AS TRUSTEE FOR AT HOME
BONDHOLDERS' LIQUIDATING TRUST,

          Plaintiff,

vs.

VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP.,
VERIZON CORPORATE RESOURCES
GROUP LLC, VERIZON DATA SERVICES
LLC, VERIZON NEW YORK INC.,
AT&T INC., AT&T OPERATIONS, INC.,
AT&T SERVICES, INC.,

          Defendants.

CIVIL ACTION

ECF CASE

Case No. 1:11-cv-04948 (LTS)(HP)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that I, Asheesh P. Puri, an associate at the law firm of Baker

Botts L.L.P, being admitted to practice in this Court, hereby enter an appearance as counsel in

the above-captioned action on behalf of Defendants AT&T Inc., AT&T Operations, Inc. and

AT&T Services, Inc. and request that I be served with all future filings.

Dated: New York, New York
      December 11, 2012

          Respectfully submitted,

          BAKER BOTTS L.L.P.

          By:/s/ Asheesh P. Puri
             Asheesh P. Puri
             1001 Page Mill Road
             Building One, Suite 200
             Palo Alto, CA  94304
             Tele:   (650) 739-7532
             Fax:   (650) 739-7632
             ashe.puri@bakerbotts.com

*Attorneys for Defendants AT&T Inc., AT&T
Operations, Inc. and AT&T Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of December 2012, a copy of the foregoing

NOTICE OF APPEARANCE was filed with the clerk of the court of the United States District

Court for the Southern District of New York and will be sent electronically to the registered

participants as identified on the Notice of Electronic Filing (NEF).


<u>/s/ Asheesh P. Puri</u>
Asheesh P. Puri