UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

RICHARD A. WILLIAMSON,   Plaintiff,

Case No. 1:11-cv-04948 (LTS)(HP)

-against-

VERIZON COMMUNICATIONS INC., et al.,   Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Asheesh P. Puri
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AP5333      My State Bar Number is 4181657

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sidley Austin LLP
            FIRM ADDRESS: 787 Seventh Avenue, New York, New York 10019
            FIRM TELEPHONE NUMBER: 212.839.5300
            FIRM FAX NUMBER: 212.839.5599

NEW FIRM:   FIRM NAME: Baker Botts L.L.P.
            FIRM ADDRESS: 1001 Page Mill Rd, Building 1, Palo Alto, CA 94304
            FIRM TELEPHONE NUMBER: 650.739.7500
            FIRM FAX NUMBER: 650.739.7699

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: December 11, 2012

/s/ Asheesh P. Puri
_____
ATTORNEY'S SIGNATURE