BEIRNE, MAYNARD & PARSONS, L.L.P.

1300 POST OAK BOULEVARD

SUITE 2500

HOUSTON, TEXAS 77056-3000

WILLIAM C NORVELL, JR.
PARTNER

(713) 623-0887

FAX (713) 960-1527

DIRECT DIAL 713-960-7362
EMAIL WNORVELL@BMPLLP.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 4 2012

December 13, 2012

Hon. Laura Taylor Swain
United States District Court for the Southern
 District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

*Via Facsimile*

## MEMO ENDORSED

Re:   *Richard A. Williamson, on Behalf of and as Trustee for At Home Bondholders
      Liquidating Trust v. Verizon Communications Inc., et al.,* **Case No. 11-CV-
      04948-LTS-KNF, In the United States District Court for the Southern District
      of New York**

Dear Judge Swain:

   As discussed during the December 10, 2012 Markman hearing, the parties in the above-
referenced action **hereby jointly request permission to file discs containing their PowerPoint**
presentations presented during such hearing (to officially make them of record in this case). All
counsel of record in this matter have consented to, and join in, this request.

                                        Respectfully requested,

                                        William C. Norvell, Jr.

                                        Permission is granted.

cc: All counsel-of-record [*via e-mail*]

                                        SO ORDERED.

                                NEW YORK NY

                                DEC 14 012
                                        LAURA TAYLOR SWAIN
                                        STATES DISTRICT JUDGE

165920 v.1 IMANAGE 105291