# BAKER BOTTS LLP



**BY FAX**

December 13, 2012

Hon. Laura Taylor Swain
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
www.bakerbotts.com

Robert L. Maier
TEL +1 212-408-2538
FAX +1 212-259-2538
robert.maier@bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
WASHINGTON

Re:  *Williamson v. Verizon Communications Inc., et al.*,
     Civil Action No. 11-CV-4948-LTS-HBP (S.D.N.Y.)

**SO ENDORSED**

Dear Judge Swain:

We represent the AT&T Defendants in the above-referenced matter. We write with consent of all parties, and further to Your Honor's request at the December 10, 2012 *Markman* hearing regarding scheduling issues.

*First*, the parties agree to submit on or before December 20, 2012 a joint post-hearing statement directed to whether the parties have been able to reach agreement regarding the meaning of any of the disputed claim terms (and if so, what those agreements are); and separate supplemental briefs (one for Plaintiff and one for all Defendants) of 20 pages or less regarding the parties' claim construction disputes.

*Second*, the parties respectfully request that the Court amend the current scheduling order as follows:

| Event | Currently Scheduled Date | Proposed New Date |
|---|---|---|
| Dispositive Motion Deadline | January 4, 2012 | Thirty (30) days following the close of expert discovery (expert discovery is triggered off of the Court's *Markman* ruling, as noted below) |
| Final Pretrial Conference | April 5, 2013 | Three (3) months following the dispositive motions deadline (on a date convenient to the Court) |

The due dates regarding expert discovery outlined in Magistrate Judge Fox's June 18, 2012 Order (reproduced below) do not need to be amended:

> Opening expert witness disclosures described in Rule 26(a)(2) will be due 30 days after issuance of the Court's Markman ruling. Rebuttal disclosures must be made

NY02:750791.1

**BAKER BOTTS** LLP

2

no later than 45 days after opening disclosures. All expert witness discovery must be completed no later than 45 days after rebuttal disclosures are made.

Respectfully submitted,

Robert L. Maier
*Attorney for AT&T Defendants*

cc:   Counsel of Record (by e-mail)

The requests are granted. A specific final pretrial conference date will be set in connection with the issuance of the Markman rulings.

SO ORDERED.

NEW YORK

Dec 14  012

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

12/13/2012 12:02 FAX 212 408 2501   BAKER & BOTTS LLP
Case 1:11-cv-04948-LTS-HBP   Document 177   Filed 12/14/12   Page 2 of 2

NY02:750791.1