UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK, INC., AT&T, INC., AT&T OPERATIONS, INC., AND AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO. 1:11-CV-4948-LTS-HBP<br>**ECF CASE**<br><br>DEMAND FOR JURY TRIAL<br><br><br>**DECLARATION OF WILLIAM C. NORVELL, JR. IN SUPPORT OF PLAINTIFF'S POST-MARKMAN HEARING BRIEF** |

I, William C. Norvell, Jr., declare as follows:

1. I am over eighteen (18) years of age and am competent to testify about the matters set forth below. I am an attorney admitted to the practice of law in the State of Texas and am a partner in the law firm of Beirne, Maynard & Parsons, L.L.P., counsel of record for Plaintiff in this action. I have been admitted *pro hac vice* in this case. I am

familiar with the facts in the above-referenced matter, and I have personal knowledge of the facts set forth herein.

2. I submit this Declaration in support of Plaintiff's Post-Markman Hearing Brief ("Plaintiff's Brief") for the purpose of authenticating documents attached thereto that are being filed by Plaintiff as Exhibits to Plaintiff's Brief.

3. Exhibit A, which is attached to Plaintiff's Brief, is a true and correct copy of "Host Extensions for IP Multicasting" dated August, 1989.

4. Exhibit B, which is attached to Plaintiff's Brief, is a true and correct copy of U.S. Patent 5,701,186 (the Huber Patent) dated December 23, 1997.

5. Exhibit C, which is attached to Plaintiff's Brief, is a true and correct copy of the Revised Declaration of Milo S. Medin dated August 1, 2001.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2012.

/s/ William C. Norvell, Jr.
William C. Norvell, Jr.