UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>ECF CASE<br><br>Civil Action No. 1:11-cv-04948 (LTS)(HBP)<br><br>**DECLARATION OF JENNIFER C. TEMPESTA IN SUPPORT OF DEFENDANTS' POST-*MARKMAN* HEARING CLAIM <u>CONSTRUCTION BRIEF</u>** |

I, Jennifer C. Tempesta, declare as follows:

1. I am an associate of the law firm Baker Botts L.L.P., counsel for Defendants AT&T Inc., AT&T Operations, Inc. and AT&T Services, Inc. in the above-captioned action. I am familiar with the facts in this matter and submit this Declaration for the purpose of providing information in support of Defendants' Post-*Markman* Hearing Claim Construction Brief.

2. A true and correct copy of Defendants' slide presentation from the December 10, 2012 *Markman* hearing is attached hereto as Exhibit A.

3. A true and correct copy of select portions of Plaintiff's interrogatory responses as received from counsel for Verizon is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

NY02:762143.1

2

Dated: December 20, 2012                    /s/ Jennifer C. Tempesta
                                                    Jennifer C. Tempesta