

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

RICHARD A. WILLIAMSON, ON
BEHALF OF AND AS TRUSTEE FOR
AT HOME BONDHOLDERS'
LIQUIDATING TRUST,

      Plaintiff,   11 Civ. 4948 (LTS)(HBP)

 -against-       ORDER

VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP., VERIZON
CORPORATE RESOURCES GROUP LLC,
VERIZON DATA SERVICES LLC,
VERIZON NEW YORK, INC.,
AT&T INC., AT&T OPERATIONS, INC.,
and AT&T SERVICES, INC.,

      Defendants.
----------------------------------X

   PITMAN, United States Magistrate Judge:

   A tape-recorded conference call having been held on December 19, 2012 during which various discovery issues were discussed, for the reasons stated during the conference call, it is hereby ORDERED that:

   1. Defendants' application to continue the depositions of Mr. Richard A. Williamson and Ms. Jacquelyn Smith is granted. Counsel are directed to confer and arrive at a mutually convenient date for the continuation of the depositions. At the continued

depositions, the questioning should be limited to those subject matters in which inappropriate instructions not to answer were given and appropriate follow-up questions.

Dated:  New York, New York
        December 21, 2012

                                            SO ORDERED

                                            _____
                                            HENRY PITMAN
                                            United States Magistrate Judge

Copies transmitted to:

Andrew B. McGill, Esq.
Benjamin T. Zinnecker, Esq.
Brian T. Bagley, Esq.
Kristen W. McDanald, Esq.
William C. Norvell, Jr., Esq.
Beirne, Maynard & Parsons, LLP
Suite 2500
1300 Post Oak Blvd.
Houston, Texas  77056-3000

Chad Johnson, Esq.
Joshua L. Raskin, Esq.
Bernstein, Litowitz,
  Berger & Grossman, LLP
1285 Avenue of the Americas
New York, New York  10019

Scott D. Marrs, Esq.
Beranbaum, Menken, Ben-Asher,
  & Bierman LLP
80 Pine Street
32nd Floor
New York, New York  10005

2

Omar A. Khan, Esq.
Christine Duh, Esq.
Jane Y. Huang, Esq.
John P. Pettit, Esq.
Wilmer, Cutler, Pickering,
   Hale & Dorr LLP
950 Page Mill Road
Palo Alto, California   94304

William F. Lee, Esq.
Wilmer, Cutler, Pickering,
   Hale & Dorr, LLP (MA)
60 State Street
Boston, Massachusetts   02109

Caren K. Khoo, Esq.
Victor F. Souto, Esq.
David B. Bassett, Esq.
Wilmer, Cutler, Pickering,
   Hale & Dorr LLP (NYC)
7 World Trade Center
New York, New York   10007

Olubukola Aina, Esq.
Verizon Corporate Resources Group LLC
9th Floor
1320 North Courthouse Road
Arlington, Virginia   22201

Richard B. Harper, Esq.
Robert L. Maier, Esq.
Jennifer C. Tempesta, Esq.
Baker Botts LLP (NY)
30 Rockefeller Plaza
44th Floor
New York, New York   10112

Bryant C. Boren , Jr., Esq.
Kevin E. Cadwell, Esq.
Asheesh P. Puri, Esq.
Baker Botts LLP (CA)
620 Hansen Way
Palo Alto, California   94304

Kurt M. Pankratz, Esq.
Baker Botts LLP (Dallas)
Suite 600
2001 Ross Avenue
Dallas, Texas  75201

Kurt M. Pankratz, Esq.
Baker Botts LLP (Dallas)
Suite 600
2001 Ross Avenue
Dallas, Texas  75201