D&F

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 2 1 2012

BEIRNE, MAYNARD & PARSONS, L.L.P.

HOUSTON, TEXAS 77056-3000

December 20, 2012

Hon. Laura Taylor Swain                    *Via Facsimile: 212-805-0426*
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

    Re:    *Williamson v. Verizon Communications, Inc., et al.*, Cause No. 1:11-CV-04948-
          **LTS-HBP**

Dear Judge Swain:

    We represent Plaintiff Richard A. Williamson, on Behalf of and as Trustee for At Home
Bondholders' Liquidating Trust ("Plaintiff") in the above-referenced action, and send this letter
with the approval of all Defendants. Pursuant to the order of the Court, the parties met and
conferred on Wednesday, December 19, 2012, in an attempt to reach agreement on any of the
proposed constructions. No agreement could be reached on the constructions of any of the words
and phrases at issue.

                        Respectfully submitted,

                        William C. Norvell, Jr.

/re

cc: All counsel-of-record [via e-mail].

1666228v.1 [MANAGE 10529]