UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RICHARD A. WILLIAMSON,

                Plaintiff(s),

-v-                                          No. 11 Civ. 4948 (LTS)

VERIZON SERVICES CORP.,

                Defendant(s).
-----------------------------------------------------------X

## ORDER

The Final Pretrial Conference scheduled for April 5, 2013, is rescheduled to **June 14, 2013, at 11:00 a.m.** in Courtroom 17C.

Dated: New York, New York
          March 12, 2013

                                                                LAURA TAYLOR SWAIN
                                                                 United States District Judge