USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

RICHARD A. WILLIAMSON, ON
BEHALF OF AND AS TRUSTEE FOR
AT HOME BONDHOLDERS'
LIQUIDATING TRUST,

           Plaintiff,      11 Civ. 4948 (LTS)(HBP)

   -against-

VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP., VERIZON
CORPORATE RESOURCES GROUP LLC,
VERIZON DATA SERVICES LLC, and
VERIZON NEW YORK, INC.,

           Defendants.

-----------------------------------X

RICHARD A. WILLIAMSON, ON
BEHALF OF AND AS TRUSTEE FOR
AT HOME BONDHOLDERS'
LIQUIDATING TRUST,

           Plaintiff,      13 Civ. 645 (LTS)(HBP)

   -against-                     <u>ORDER</u>

AT&T OPERATIONS, INC. and
AT&T SERVICES, INC.,

           Defendants.

-----------------------------------X

        PITMAN, United States Magistrate Judge:

        A digitally-recorded conference call having been held on March 12, 2013 during which various discovery issues were

discussed, for the reasons stated on the recording of the call, it is hereby ORDERED that:

    1. AT&T Operations, Inc. and AT&T Services Inc.'s (collectively, the "AT&T Defendants") objection to plaintiff's designation of Dr. Jon Peha as a proposed qualified expert is overruled, subject to the following conditions:

        a. Dr. Peha shall not testify about trade secret or breach of fiduciary duty issues that were the basis of the prior litigation, <u>Williamson v. AT&T Corp.</u>, Superior Court, Santa Clara County, No. 1-02-cv-812506.

        b. This Order is without prejudice to any objection the AT&T Defendants may have to the substance of Dr. Peha's testimony.

Dated: New York, New York
       March 13, 2013

                                  SO ORDERED

                                  HENRY PITMAN
                                  United States Magistrate Judge

Copies transmitted to:

All Counsel