IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/13

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>          Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T OPERATIONS INC., and AT&T SERVICES INC.,<br><br>          Defendants. | Civil Action No. 11-CV-4948-LTS<br><br>ECF CASE |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Benjamin T. Zinnecker, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas, and that his contact information is as follows:

> Benjamin T. Zinnecker
> Beirne, Maynard & Parsons, L.L.P.
> 1300 Post Oak Blvd., Suite 2500
> Houston, Texas 77056-3000
> (713) 960-7314 Phone
> (713) 960-1527 Fax
> bzinnecker@bmpllp.com

-1-

1624541v.1 IMANAGE 105290

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel Plaintiff Richard A. Williamson, On Behalf Of And As Trustee For At Home Bondholders' Liquidating Trust, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3-15-13, 2013.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

-2-