IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T OPERATIONS INC., and AT&T SERVICES INC.,<br><br>Defendants. | Civil Action No. 11-CV-4948-LTS<br><br>ECF CASE |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/13

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Kristen N. Welsh, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Texas, and that her contact information is as follows:

> Kristen N. Welsh
> Beirne, Maynard & Parsons, L.L.P.
> 1300 Post Oak Blvd., Suite 2500
> Houston, Texas 77056-3000
> (713) 960-7359 Phone
> (713) 960-1527 Fax
> kwelsh@bmpllp.com

-1-

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Richard A. Williamson, On Behalf Of And As Trustee For At Home Bondholders' Liquidating Trust, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _3-15-13_, 201**3**.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE