UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK, INC.,<br><br>Defendants. | Civil Action No. 1:11-cv-4948 (LTS)(HBP)<br>ECF CASE<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL

TO: The Clerk of the Court and All Parties of Record:

    PLEASE TAKE NOTICE THAT Benjamin T. Zinnecker hereby withdraws as additional counsel of record. Beirne, Maynard & Parsons, LLP will continue to represent Plaintiff.

Dated: March 18, 2013

Respectfully submitted,

/s/ William C. Norvell, Jr.
William C. Norvell, Jr. (admitted pro hac vice)
Scott D. Marrs (admitted pro hac vice)
Brian T. Bagley (admitted pro hac vice)
BEIRNE, MAYNARD & PARSONS, LLP
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056-3000
Phone: (713) 623-0887
Fax: (713) 960-1527
Attorneys for Plaintiff Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2013, a copy of the foregoing NOTICE OF WITHDRAWAL was filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ William C. Norvell, Jr.
William C. Norvell, Jr.