AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Williamson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:11-cv-04948-LTS-HBP |
| Verizon Services Corp., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Richard A. Williamson

Date:      04/04/2013

*Attorney's signature*

Cory Buland CB6420
*Printed name and bar number*

Susman Godfrey L.L.P.
15th Floor, 560 Lexington Avenue
New York, NY 10022-6828

*Address*

cbuland@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*