UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST, § § § § Plaintiff, § § vs. § § VERIZON COMMUNICATIONS INC., et al. § | Civil Action No. 11-CIV-4948 (LTS-HBP) ORDER FOR ADMISSION *PRO HAC VICE* |

The motion of James Hoke Peacock III, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing for the bar of the state of Texas and that his contact information is as follows:

J. Hoke Peacock III
tpeacock@susmangodfrey.com
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone (713) 651-9366/Fax (713) 654-6666



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/13

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Richard A. Williamson in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4-4-13

United States ~~District~~ Magistrate Judge