UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
RICHARD A. WILLIAMSON, ON BEHALF  :
OF AND AS TRUSTEE FOR AT HOME     :
BOLDHOLDERS' LIQUIDATING TRUST,   :
                                  :
                      Plaintiff,  :
                                  :
            v.                    :  No. 11 Civ. 4948 (LTS) (HBP)
                                  :
VERIZON COMMUNICATIONS INC.,      :  **AFFIDAVIT**
VERIZON SERVICES CORP.,           :
VERIZON CORPORATE RESOURCES       :
GROUP LLC,                        :
VERIZON DATA SERVICES LLC,        :
VERIZON NEW YORK INC.,            :
AT&T INC.,                        :
AT&T OPERATIONS, INC.,            :
AT&T SERVICES, INC.,              :
                                  :
                      Defendants. :
----------------------------------------------------------------- X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

RICHARD A.WILLIAMSON, being duly sworn, deposes and says:

1.  I am Trustee of the At Home Bondholders' Liquidating Trust and, in that capacity, am the plaintiff in this action. I submit this affidavit, pursuant to Local Civil Rule 1.4 and Individual Practice A.2.d. of this Court, in support of the motion to withdraw of one of my counsel, Bernstein Litowitz Berger & Grossmann LLP ("BLBG").

2.  The firm of Susman Godfrey L.L.P. is replacing BLBG, which is withdrawing because Joshua Raskin, the partner with sole responsibility for the matter at BLBG, and the primary associate on the case have both left the firm. Mr. Raskin could not take the case with him because his new firm is conflicted. BLBG is not asserting a

retaining or charging lien.  Expert discovery is next in this case.  Under the circumstances, I consent to BLBG's withdrawal at this juncture.

                                                    RICHARD A. WILLIAMSON

Sworn to before me
this ___ day of April, 2013

_____
Notary Public

896747/21701

GERALD G. PAUL
Notary Public, State of New York
No. 60-8297520
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires June 30, 2014