USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RICHARD A. WILLIAMSON, ON BEHALF
OF AND AS TRUSTEE FOR AT HOME
BOLDHOLDERS' LIQUIDATING TRUST,

         Plaintiff,

   v.

VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP.,
VERIZON CORPORATE RESOURCES
GROUP LLC,
VERIZON DATA SERVICES LLC,
VERIZON NEW YORK INC.,
AT&T INC.,
AT&T OPERATIONS, INC.,
AT&T SERVICES, INC.,

         Defendants.
----------------------------------------------------------------X

No. 11 Civ. 4948 (LTS) (HBP)

STIPULATION [AND ORDER]
AUTHORIZING WITHDRAWAL
OF COUNSEL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that pursuant to Local Civil Rule 1.4 and Individual Practice A.2.d. of this Court, Bernstein Litowitz Berger & Grossmann LLP ("BLBG") hereby withdraws as counsel for plaintiff Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust (the "Trustee"). As set forth in the accompanying affidavit of the Trustee, the Trustee hereby consents to said withdrawal on the ground that Joshua Raskin, the partner with sole responsibility for the matter at BLBG, and the primary associate on the case have both left the firm; Mr. Raskin cannot take the case with him

because his new firm is conflicted; and BLBG is not asserting a retaining or charging lien.

Dated: New York, New York
April 24, 2013

                                                 /s/
RICHARD A. WILLIAMSON, ON
BEHALF OF AND AS TRUSTEE
FOR AT HOME BONDHOLDERS'
LIQUIDATING TRUST
c/o Flemming Zulack
  Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

                                               /s/
JAI CHANDRASEKHAR
BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP
1285 Avenue of the Americas
38th Floor
New York, New York 10019
Attorneys for Richard A.
Williamson, on Behalf of and as
Trustee for At Home Bondholders'
Liquidating Trust

**SO ORDERED**

/s/
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
4-26-13

SO ORDERED:

_____
Hon. Laura Taylor Swain
U.S.D.J.

896744/21701

2