USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

RICHARD A. WILLIAMSON, ON           :
BEHALF OF AND AS TRUSTEE FOR
AT HOME BONDHOLDERS'                :
LIQUIDATING TRUST,
                                    :
            Plaintiff,                  11 Civ. 4948 (LTS)(HBP)
                                    :
    -against-
                                    :
VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP., VERIZON     :
CORPORATE RESOURCES GROUP LLC,
VERIZON DATA SERVICES LLC, and
VERIZON NEW YORK, INC.,
                                    :
            Defendants.
                                    :
-----------------------------------X

RICHARD A. WILLIAMSON, ON           :
BEHALF OF AND AS TRUSTEE FOR
AT HOME BONDHOLDERS'                :
LIQUIDATING TRUST,
                                    :
            Plaintiff,                  13 Civ. 645 (LTS)(HBP)
                                    :
    -against-                           ORDER
                                    :
AT&T OPERATIONS, INC. and
AT&T SERVICES, INC.,                :

            Defendants.             :
-----------------------------------X

          PITMAN, United States Magistrate Judge:

          By letter dated April 25, 2013, defendants seek <u>in camera</u> review of certain documents being withheld by plaintiff on

the ground of the attorney-client privilege and the common interest rule. Plaintiff has enclosed the documents for *in camera* inspection in a letter dated May 2, 2013.

In undertaking *in camera* review of the exemplar documents cited in the parties' correspondence, I shall consider only arguments articulated by counsel. Accordingly, if defendants wish to make a fuller submission with additional factual and legal support for their position, such a submission shall be made no later than May 14, 2013; any memorandum of law shall not exceed 20 pages. If plaintiff wishes to respond, such response shall be made no later than May 21, 2013, and any memorandum of law submitted by plaintiff shall not exceed 20 pages. In the absence of any such submissions, I shall determine whether privilege has been properly asserted by plaintiff on the basis of the letters alone.

Dated:  New York, New York
        May 7, 2013

                                        SO ORDERED

                                        _____
                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies transmitted to:

All Counsel