USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON CORPORATE RESOURCES GROUP LLC, VERIZON DATA SERVICES LLC, VERIZON NEW YORK INC., AT&T INC., AT&T OPERATIONS, INC., AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>ECF CASE<br><br>Civil Action No. 1:11-cv-04948 (LTS)(HP)<br><br>**AT&T DEFENDANTS' NOTICE OF MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS** |

*MOTION GRANTED*
*SO ORDERED*

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
6-5-13

Defendants AT&T Operations, Inc. and AT&T Services, Inc. (collectively, "AT&T") file this Notice of Motion for Leave to File a Sur-reply in Opposition to Plaintiff's Motion to Amend Its Infringement Contentions. AT&T's Sur-reply in Opposition to Plaintiff's Motion to Amend is attached as Exhibit A.

Plaintiff presents two new arguments in his Reply. Plaintiff now argues that "no amount of due diligence would have discovered information sufficient to accuse AT&T's local ad insertion because it was not publicly available." AT&T's Sur-reply demonstrates how Plaintiff's argument is belied by the technical details at Plaintiff's disposal in the publicly available information. Furthermore, AT&T's Sur-reply addresses Plaintiff's new argument that infringement contentions against Verizon put AT&T on notice of accusations against AT&T's local ad insertion technology, an argument that flies in the face of common sense and the

DAL01:1216501.1

requirements of the NDCal Patent Rules.  AT&T was not on notice and would be prejudiced should the Court grant Plaintiff's motion for leave to amend his infringement contentions.

Prior to making this motion, counsel for AT&T made best efforts to resolve informally the matters raised in this motion by discussing them with Plaintiff's counsel telephonically. AT&T now requests leave to file a five-page Sur-reply to respond to these new arguments. The filing of this Sur-reply will not prejudice Plaintiffs.  On the contrary, an inability to submit a Sur-reply would prejudice AT&T by depriving it of any opportunity to address Plaintiff's new arguments.  *See Newton v. New York*, 738 F. Supp. 2d 397, 417 n.11 (S.D.N.Y. 2010) (acknowledging a district court's discretion to permit a sur-reply to address new arguments raised in a reply memorandum and observing that the rationale of fair play guides a court to disregard new arguments absent a sur-reply).

DAL01:1216501.1

                                      Respectfully submitted,

DATED: November 8, 2012           BAKER BOTTS L.L.P.


By:  /s/ Robert L. Maier
      Robert L. Maier
      30 Rockefeller Plaza
      New York, New York 10112
      Tele: (212) 408-2538
      Fax: (212) 259-2538
      robert.maier@bakerbotts.com

      Bryant C. Boren, Jr.,
      (Admitted *pro hac vice*)
      Kevin E. Cadwell
      (Admitted *pro hac vice*)
      **BAKER BOTTS L.L.P.**
      620 Hansen Way
      Palo Alto, California 94304
      Tele: (650) 739-7501
      Fax:(650)739-7601
      kevin.cadwell@bakerbotts.com
      bryant.c.boren@bakerbotts.com

      Kurt M. Pankratz
      (Admitted *pro hac vice*)
      **BAKER BOTTS L.L.P.**
      2001 Ross Avenue
      Dallas, Texas 75201
      Tele: (214) 953-6500
      Fax: (214) 953-6503
      kurt.pankratz@bakerbotts.com

      *Attorneys for Defendants*
      *AT&T Inc., AT&T Operations, Inc. and*
      *AT&T Services, Inc.*

DAL01:1216501.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2012, a copy of the foregoing AT&T DEFENDANTS' NOTICE OF MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS was filed with the Clerk of the Court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Robert L. Maier
Robert L. Maier

DAL01:1216501.1