# WILMERHALE

**David B. Bassett**

+1 212 230 8858 (t)
+1 212 230 8888 (f)
david.bassett@wilmerhale.com

June 6, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 7 2013
```

**Via Facsimile**

Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007-1312
F: (212) 805-0426

**MEMO ENDORSED**

Re: *Williamson v. Verizon Communications Inc., et al.*, Case No. 1:11-cv-04948-LTS-HBP

Dear Judge Swain:

We represent Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Data Services LLC and Verizon New York Inc. (collectively, "Verizon") in the above-referenced action. We write with the consent of all parties to request an adjournment of the Final Pretrial Conference, which is currently scheduled for June 14, 2013. (Dkt. No. 193.) We base the requested adjournment on the fact that under the current schedule, expert discovery does not close until 120 days after issuance of the *Markman* ruling, which has not yet issued, and dispositive motions are not due until 30 days after the close of expert discovery. (Dkt. Nos. 97, 177.) Hence, even if the *Markman* ruling were to issue this week, expert discovery would not close until the first week of October, and dispositive motions would not be due until the first week of November. Accordingly, we respectfully request an adjournment of the Final Pretrial Conference to a later control date consistent with the prior Scheduling Orders in this matter.

*The final pre trial conference is adjourned to December 20, 2013, at 2:00pm as a control date.*

Respectfully submitted,

David B. Bassett /cc/

David B. Bassett

cc: Counsel of record (via email)

**SO ORDERED:**

/s/ 6/7/13

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington